| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo, Esq.<br>Benjamin S. Levine, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Tel No.: (818) 347-3333 | |
| ATTORNEY(S) FOR: Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, et al.<br><br>Plaintiff(s),<br>v.<br>COUNTY OF SANTA BARBARA; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-10749<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs P.C., A.C., and F.C.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| P.C., a minor | Plaintiff |
| A.C., a minor | Plaintiff |
| F.C., a minor | Plaintiff |
| County of Santa Barbara | Defendant |

November 7, 2025   /s/ Dale K. Galipo
Date                Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs P.C., A.C., and F.C.