**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA BARBARA; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-10749-FLA-MAA<br><br>**RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING [DKT. 7]** |

**TO THE COURT:**

On November 18, 2025, following the filing of Plaintiffs' initial Complaint, the Court filed a "Notice to Filer of Deficiencies in Attorney Case Opening." [Dkt. 7.] The Notice stated that "[i]t appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed" and directed counsel to "file a Petition for the Appointment of a Guardian Ad Litem immediately" or otherwise face "judicial actions, including sanctions." [*Id.*]

Plaintiffs, who are minors, do not seek to proceed through a Court-appointed Guardian *ad Litem* but instead seek to proceed via a general guardian, their legal father and guardian, Felix Carrasco III, pursuant to Federal Rule of Civil Procedure 17(c)(1)(A). Although Mr. Carrasco was identified in Plaintiffs' original Complaint as their "guardian," out of an abundance of caution Plaintiffs have amended their complaint to clarify that they are seeking to proceed through Mr. Carrasco as their "general guardian" within the meaning of Rule 17(c)(1)(A), without need for the Court's appointment of a Guardian *ad Litem*. [*See* Dkt. 10 at ¶ 9.] Should the Court require further clarification or amendment, Plaintiffs will of course comply with any further directive or order.

Respectfully submitted,

DATED: November 25, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: _____*/s/ Benjamin S. Levine*_____
          Dale K. Galipo
          Benjamin S. Levine
          *Attorneys for Plaintiffs*

RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING