# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SANTA BARBARA COUNTY
## PUBLIC HEALTH DEPARTMENT

**STATE FILE NUMBER:** 3052024248781
**LOCAL REGISTRATION NUMBER:** 3202442002922

### CERTIFICATE OF DEATH

**DECEDENT'S PERSONAL DATA**

- **1. Name of Decedent – First:** CECILIA
- **2. Middle:** MICHELLE
- **3. Last (Family):** COVARRUBIAS
- **4. Date of Birth:** 05/21/1983
- **5. Age:** 41
- **6. Sex:** F
- **9. Birth State/Foreign Country:** CA
- **11. Ever in U.S. Armed Forces?:** NO
- **12. Marital Status:** NEVER MARRIED
- **7. Date of Death:** 11/13/2024
- **8. Hour:** 1731
- **13. Education:** SOME COLLEGE
- **16. Decedent's Race:** AMERICAN INDIAN
- **17. Usual Occupation:** HOME MAKER
- **18. Kind of Business or Industry:** OWN HOME
- **19. Years in Occupation:** 20

**USUAL RESIDENCE**

- **20. Decedent's Residence:** 153 KALAWA SHAQ
- **21. City:** SANTA YNEZ
- **22. County/Province:** SANTA BARBARA
- **23. Zip Code:** 93460
- **24. Years in County:** 41
- **25. State/Foreign Country:** CA

**INFORMANT**

- **26. Informant's Name, Relationship:** MARY COVARRUBIAS, SISTER
- **27. Informant's Mailing Address:** 153 KALAWA SHAQ, SANTA YNEZ, CA 93460

**SPOUSE/SRDP AND PARENT INFORMATION**

- **31. Name of Parent – First:** SABAS
- **32. Middle:** MICHAEL
- **33. Last (Birth Name):** COVARRUBIAS
- **34. Birth State:** CA
- **35. Name of Parent – First:** KIMBERLY
- **37. Last (Birth Name):** ROMERO
- **38. Birth State:** CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- **39. Disposition Date:** 11/27/2024
- **40. Place of Final Disposition:** OAK HILL CEMETERY, 2560 BASELINE AVE, BALLARD, CA 93463
- **41. Type of Disposition(s):** CREMATE/BURIAL
- **42. Signature of Embalmer:** MARTHA K DIAZ
- **43. License Number:** EMB9392
- **44. Name of Funeral Establishment:** LOPER FUNERAL CHAPEL
- **45. License Number:** FD1294
- **46. Signature of Local Registrar:** HENNING ANSORG, MD
- **47. Date:** 11/21/2024

**PLACE OF DEATH**

- **101. Place of Death:** SANTA BARBARA COUNTY JAIL
- **103. If Other Than Hospital, Specify One:** Other
- **104. County:** SANTA BARBARA
- **105. Facility Address or Location Where Found:** 4436 CALLE REAL
- **106. City:** SANTA BARBARA

**CAUSE OF DEATH**

- **107. Cause of Death:**
  - **Immediate Cause (A):** PENDING INVESTIGATION
- **108. Death Reported to Coroner:** YES — 24-12753
- **109. Biopsy Performed?:** NO
- **110. Autopsy Performed?:** NO
- **111. Used in Determining Cause?:** —
- **112. Other Significant Conditions Contributing to Death:** NONE
- **113. Was Operation Performed for Any Condition in Item 107 or 112?:** NO
- **113A. Decedent Pregnant in Last Year?:** NO

**PHYSICIAN'S CERTIFICATION**

- **114. I certify that to the best of my knowledge death occurred at the hour, date, and place stated from the causes stated.**

**CORONER'S USE ONLY**

- **119. Manner of Death:** Pending Investigation
- **120. Injured at Work?:** —
- **126. Signature of Coroner / Deputy Coroner:** CHAD W BIEDINGER
- **127. Date:** 11/20/2024
- **128. Type Name, Title of Coroner / Deputy Coroner:** CHAD W BIEDINGER, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**

*000668918*

STATE OF CALIFORNIA } ss
COUNTY OF SANTA BARBARA

**DATE ISSUED:** JAN 17 2025

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Registrar, Public Health Department, County of Santa Barbara, California.

HENNING ANSORG, M.D.
HEALTH OFFICER
PUBLIC HEALTH DEPARTMENT
COUNTY OF SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying the date, seal and signature of the Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**