

Case 2:25-cv-10749-FLA-MAA     Document 14     Filed 12/03/25     Page 1 of 3     Page ID #:93

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SANTA BARBARA; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:25-cv-10749<br><br>**DECLARATION OF FELIX CARRASCO, III, AS GUARDIAN FOR MINOR PLAINTIFF F.C. SUCCESSOR-IN-INTEREST TO CECILIA COVARRUBIAS**<br>**(C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]** |


1

DECLARATION OF FELIX CARRASCO, III, AS GUARDIAN FOR MINOR PLAINTIFF F.C. SUCCESSOR-IN-INTEREST TO CECILIA COVARRUBIAS
(C.C.P. § 377.32)

# C.C.P. § 377.32 DECLARATION OF FELIX CARRASCO, III, FOR F.C. AS SUCCESSOR-IN-INTEREST TO CECILIA COVARRUBIAS

I, Felix Carrasco, III, do hereby declare as follows:

1. My name is Felix Carrasco, III, I am a competent adult over the age of eighteen and natural father of and Guardian for plaintiff F.C.

2. F.C. was born on August 24, 2017.

3. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

4. The name of the decedent in this action is Cecilia Michelle Covarrubias ("Decedent").

5. Decedent is the natural mother of Plaintiff F.C.

6. Decedent died on November 13, 2024, in the city of Santa Barbara, California.

7. No proceeding is currently pending in California for administration of Decedent's estate.

8. F.C. is one of Decedent's successors-in-interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological son of Decedent.

9. The only other persons having a right to commence the action or proceeding as successors-in-interest are Decedent's other children, A.C., and P.C., who are the subject of separate declarations being filed.

10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  I, Felix Carrasco, III, declare under penalty of perjury under the laws of the
2  State of California that the foregoing is true and correct.
3
4  Executed on    12/2/2025    in  Porterville   , California.
5
6
7                    Felix Carrasco, III
8