Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SANTA BARBARA COUNTY
## PUBLIC HEALTH DEPARTMENT

STATE FILE NUMBER: 3052024248781

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO WHITEOUT, WHITEOUTS OR ALTERATIONS

LOCAL REGISTRATION NUMBER: 3202442002922

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| CECILIA | MICHELLE | COVARRUBIAS |

AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs | IF UNDER ONE YEAR | IF UNDER 24 HOURS | 6. SEX |
|---|---|---|---|---|
| 05/21/1983 | 41 | | | F |

| 7. STATE OF FOREIGN COUNTRY | 8. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS AT TIME OF DEATH | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| CA | [REDACTED] | YES [X] NO UNK NEVER MARRIED | | 11/13/2024 | 1731 |

| 10. EDUCATION – Highest Level/Degree | 16. RACE – WAS DECEDENT HISPANIC/LATINO/SPANISH? If yes, see instructions on back | 16. DECEDENT'S RACE – Use up to 3 races that best describe how the decedent self-identified |
|---|---|---|
| SOME COLLEGE | [X] NO | AMERICAN INDIAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc) | 19. YEARS IN OCCUPATION |
|---|---|---|
| HOME MAKER | OWN HOME | 20 |

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 153 KALAWA SHAQ |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| SANTA YNEZ | SANTA BARBARA | 93460 | 41 | CA |

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) |
|---|---|
| MARY COVARRUBIAS, SISTER | 153 KALAWA SHAQ, SANTA YNEZ, CA 93460 |

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|

| 31. NAME OF PARENT—FIRST | 32. MIDDLE | 33. LAST (BIRTH NAME) | 34. BIRTH STATE |
|---|---|---|---|
| SABAS | MICHAEL | COVARRUBIAS | CA |

| 35. NAME OF PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| KIMBERLY | | ROMERO | CA |

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 11/27/2024 | OAK HILL CEMETERY 2560 BASELINE AVE, BALLARD, CA 93463 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CREMATE/BURIAL | MARTHA K DIAZ | EMB9392 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| LOPER FUNERAL CHAPEL | FD1294 | HENNING ANSORG, MD | 11/21/2024 |

| 48. PLACE OF DEATH | | | 50. IF HOSPITAL, SPECIFY ONE | 51. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|---|---|
| SANTA BARBARA COUNTY JAIL | | | IP ER/OP DOA | Hospice Resid. Other [X] |

| 52A. COUNTY | 52B. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 52C. CITY |
|---|---|---|
| SANTA BARBARA | 4436 CALLE REAL | SANTA BARBARA |

| 107. CAUSE OF DEATH | IMMEDIATE CAUSE (Final disease or condition resulting in death) | Time Interval Between Onset and Death | 55. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| | PENDING INVESTIGATION | | [X] YES NO |
| | (a) | | 56. 24-12763 |
| | Sequentially list conditions, if any, leading to the cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (b) | 58. WAS BIOPSY PERFORMED? YES [X] NO |
| | | (c) | 110. AUTOPSY PERFORMED? YES [X] NO |
| | | (d) | 111. USED IN DETERMINING CAUSE? YES NO |

1 of 2

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? If yes, list type of operation and date | 113C. DECEDENT PREGNANT IN LAST YEAR? YES [X] NO UNK |
|---|---|
| NO | |

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since mm/dd/ccyy    Decedent Last Seen Alive mm/dd/ccyy | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH | 120. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|
| Natural Accident Homicide Suicide Pending [X] Investigation    Could not be determined | YES NO UNK | | |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| CHAD W BIEDINGER | 11/20/2024 | CHAD W BIEDINGER, DEP CORONER |

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

---

## CERTIFIED COPY OF VITAL RECORDS

*000668918*

STATE OF CALIFORNIA } ss
COUNTY OF SANTA BARBARA

JAN 17 2025
DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Registrar, Public Health Department, County of Santa Barbara, California.

HENNING ANSORG, M.D.
HEALTH OFFICER
PUBLIC HEALTH DEPARTMENT
COUNTY OF SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying the date, seal and signature of the Health Officer.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE