RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA, ET AL. <br><br> Defendants. | Case No: 2:25-cv-10749-FLA-MAAx <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SANTA BARBARA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF MARY PAT BARRY IN SUPPORT; [PROPOSED] ORDER** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B, First St. Courthouse |

TO THIS HONORABLE COURT:

WHEREAS this Stipulation is based upon and supported by reason of the facts set forth in the Declaration of Mary Pat Barry filed concurrently with this Stipulation,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant County of Santa Barbara by and through their respective counsel, as follows:

1.

That Defendant County of Santa Barbara's time to respond to Plaintiffs' First Amended Complaint is extended by 45 days to February 5, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 9, 2025    LAW OFFICES OF DALE K. GALIPO

By: /s/ - Benjamin S. Levine
DALE K. GALIPO
BENJAMIN S. LEVINE
Attorneys for Plaintiffs

Dated: December 9, 2025    RACHEL VAN MULLEM
COUNTY COUNSEL

By: /s/ - Mary Pat Barry
MARY PAT BARRY
Senior Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA BARBARA

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this document, attest that all other signatories listed on this signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 9, 2025

By: /S/ - Mary Pat Barry
Mary Pat Barry
County of Santa Barbara
Senior Deputy County Counsel

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950