RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br><br> COUNTY OF SANTA BARBARA, ET AL. <br><br> Defendants. | Case No: 2:25-cv-10749-FLA-MAAx <br><br> **DECLARATION OF MARY PAT BARRY IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SANTA BARBARA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B, First St. Courthouse |

I, Mary Pat Barry, declare as follows:

1. I am one of the attorneys of record for Defendant County of Santa Barbara (the "County") in the above-entitled matter. If called as a witness, I could and would competently testify to the matters set forth herein of my own personal knowledge.

///

///

2. This declaration supports a stipulation by Plaintiffs P.C., A.C., and F.C., minors, by and through their guardian Felix Carrasco III, ("Plaintiffs") and the County (collectively the "Parties") to extend by 45 days the time for County to respond to Plaintiffs' First Amended Complaint.

3. The reasons establishing good cause in support of an order granting the requested extension of time are as follows:

   a. Plaintiffs filed their initial Complaint on November 7, 2025 (Dkt. No. 1) and filed a First Amended Complaint on November 25, 2025 (Dkt. No. 10.) Defendant County was not served with Plaintiffs' initial Complaint but was served with a summons and Plaintiffs' First Amended Complaint on December 1, 2025. Therefore, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the County's response would be due on or before December 22, 2025.

   b. Due to the nature of Plaintiffs' claims, the County's Risk Management Division is determining whether Santa Barbara County Counsel or other counsel will represent the County in this action.

   c. On December 8, 2025, I contacted counsel for Plaintiffs by email to explain the circumstances and request their agreement to an extension of time for the County to respond to the First Amended Complaint. The extension of time is sought to allow time for the determination regarding representation to be made and for the assigned counsel to prepare and file the County's response to the First Amended Complaint.

   d. Counsel for Plaintiffs responded to me by email on December 9, 2025 and stated that a 45-day extension of time was acceptable.

For the above stated reasons, the Parties are requesting an order extending by 45 days the time for the County to file a response to Plaintiffs' First Amended Complaint. With the stipulated extension, the deadline for the County to respond to Plaintiffs' First Amended Complaint will be February 5, 2026.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2025 at Santa Barbara, California.

            /s/ - Mary Pat Barry
            MARY PAT BARRY

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

3.