UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SANTA BARBARA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:25-cv-10749-FLA-MAAx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SANTA BARBARA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT [DKT. #]** |

　　On December 10, 2025, the Parties filed a Stipulation to Extend Time for Defendant County of Santa Barbara to Respond to Plaintiff's First Amended Complaint.

　　The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

　　1.　Defendant County of Santa Barbara's time to respond to Plaintiffs' First Amended Complaint is extended by 45 days to February 5, 2026.

Dated: _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1