1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF SANTA BARBARA, *et al.*,<br><br>   Defendants. | Case No. 2:25-cv-10749-FLA (MAAx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT COUNTY OF SANTA BARBARA TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. 17]** |

On December 10, 2025, the Parties filed a stipulation ("Stipulation") to extend time for Defendant County of Santa Barbara to respond to the First Amended Complaint. Dkt. 17.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS Defendant County of Santa Barbara's time to respond to Plaintiffs' First Amended Complaint is extended by 45 days to February 5, 2026.

IT IS SO ORDERED.

Dated: December 15, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge