RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., ET AL., | Case No: 2:25-cv-10749-FLA-MAAx |
| Plaintiffs, | **ANSWER OF DEFENDANT COUNTY OF SANTA BARBARA TO FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
| v. | |
| COUNTY OF SANTA BARBARA, ET AL. | Judge: Hon. Fernando L. Aenlle-Rocha |
| Defendants. | Courtroom: 6B, First St. Courthouse |

DEFENDANT COUNTY OF SANTA BARBARA (the "County"), by and through its counsel, in response to Plaintiffs' First Amended Complaint for Damages and pursuant to Federal Rule of Civil Procedure 8(b), admits or denies the allegations asserted against it by Plaintiffs and states its defenses to each claim asserted against it as follows:

## **INTRODUCTION**

1.    Paragraph 1 contains an introductory statement to which no response is required. To the extent this paragraph may be interpreted to assert material allegations, County denies that it violated any person's rights under the United

1.

States Constitution and California law in connection with the death of Cecilia Covarrubias on November 13, 2024.

## JURISDICTION AND VENUE

2.      In response to the allegations of paragraph 2, County admits that this Court has original jurisdiction of Plaintiffs' federal claims under 28 U.S.C. §§ 1331 and 1343, and admits that this Court has supplemental jurisdiction to hear and decide Plaintiffs' claims arising under state law pursuant to 28 U.S.C. § 1367.

3.      In response to the allegations of paragraph 3, County admits that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the alleged events or omissions giving rise to Plaintiffs' federal claims occurred in this judicial district.

4.      In response to the allegations of paragraph 4, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## PARTIES

5.      In response to the allegations of paragraph 5, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

6.      In response to the allegations of paragraph 6, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

7.      In response to the allegations of paragraph 7, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

8.      In response to the allegations of paragraph 8, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

9.    In response to the allegations of paragraph 9, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

10.    In response to the allegations of paragraph 10, County denies that at all relevant times it is or was a duly organized municipal corporation existing under the laws of the State of California and denies that it is a chartered subdivision of the State of California. County admits that it is a legal subdivision of the State of California with the capacity to be sued. In response to the remaining allegations of paragraph 10, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

11.    In response to the allegations of paragraph 11, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

12.    Paragraph 12 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

13.    In response to the allegations of paragraph 13, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

14.    In response to the allegations of paragraph 14, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

15.    Paragraph 15 contains assertions that are not material allegations asserted against County and therefore no response is required.

16.    In response to the allegations of paragraph 16, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

17.    In response to the allegations of paragraph 17, County admits that on May 7, 2025, Plaintiffs submitted claims for damages to the County pursuant to applicable sections of the California Government Code. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

18.    In paragraph 18, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 17 of their First Amended Complaint. Insofar as a response is required to paragraph 18, County incorporates by reference its responses to paragraphs 1 through 17 as if fully set forth herein.

19.    In response to the allegations of paragraph 19, County admits the allegations.

20.    In response to the allegations of paragraph 20, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

21.    In response to the allegations of paragraph 21, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

22.    In response to the allegations of paragraph 22, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

23.    In response to the allegations of paragraph 23, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

24.    In response to the allegations of paragraph 24, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

25.     In response to the allegations of paragraph 25, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

26.     In response to the allegations of paragraph 26, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

27.     In response to the allegations of paragraph 27, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

28.     In response to the allegations of paragraph 28 County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

29.     In response to the allegations of paragraph 29, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

30.     In response to the allegations of paragraph 30, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

31.     In response to the allegations of paragraph 31, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

32.     In response to the allegations of paragraph 32, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

33.     In response to the allegations of paragraph 33, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

34.     In response to the allegations of paragraph 34, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

35.     In response to the allegations of paragraph 35, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

36.     In response to the allegations of paragraph 36, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

### Fourteenth Amendment – Failure to Protect (42 U.S.C. § 1983)

### (Plaintiffs against Defendants DOES 1-10)

37.     In paragraph 37, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 36 of their First Amended Complaint. Insofar as a response is required to paragraph 37, County incorporates by reference its responses paragraphs 1 through 36 as if fully set forth herein.

38.     Paragraph 38 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

39.     In response to the allegations of paragraph 39, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

40.     In response to the allegations of paragraph 40, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

41.     In response to the allegations of paragraph 41, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

42.     In response to the allegations of paragraph 42, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

43.     In response to the allegations of paragraph 43, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

44.     In response to the allegations of paragraph 44, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

45.     In response to the allegations of paragraph 45, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

46.     In response to the allegations of paragraph 46, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

47.     In response to the allegations of paragraph 47, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

48.     In response to the allegations of paragraph 48, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

49.     In response to the allegations of paragraph 49, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

50.     In response to the allegations of paragraph 50, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

7.

51.    In response to the allegations of paragraph 51, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## SECOND CLAIM FOR RELIEF

### Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)

### (Plaintiffs against Defendants DOES 1-10)

52.    In paragraph 52, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 51 of their First Amended Complaint. Insofar as a response is required to paragraph 52, County incorporates by reference its responses to paragraphs 1 through 51 as if fully set forth herein.

53.    Paragraph 53 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

54.    In response to the allegations of paragraph 54, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

55.    In response to the allegations of paragraph 55, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

56.    In response to the allegations of paragraph 56, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

57.    In response to the allegations of paragraph 57, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

58.    In response to the allegations of paragraph 58, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

59.     In response to the allegations of paragraph 59, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

60.     In response to the allegations of paragraph 60, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

61.     In response to the allegations of paragraph 61, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

62.     In response to the allegations of paragraph 62, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

63.     In response to the allegations of paragraph 63, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

64.     In response to the allegations of paragraph 64, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

65.     In response to the allegations of paragraph 65, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

66.     In response to the allegations of paragraph 66, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

67.     In response to the allegations of paragraph 67, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

68.     In response to the allegations of paragraph 68, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

69.     In response to the allegations of paragraph 69, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

### THIRD CLAIM FOR RELIEF

**First and Fourteenth Amendments – Substantive Due Process, Interference with Familial Association and Relationship (42 U.S.C. § 1983)**

**(Plaintiff against Defendants DOES 1-10)**

70.     In paragraph 70, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 69 of their First Amended Complaint. Insofar as a response is required to paragraph 70, County incorporates by reference its responses to paragraphs 1 through 69 as if fully set forth herein.

71.     Paragraph 71 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

72.     In response to the allegations of paragraph 72, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

73.     In response to the allegations of paragraph 73, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

74.     In response to the allegations of paragraph 74, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

75.     In response to the allegations of paragraph 75, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

76.    In response to the allegations of paragraph 76, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

77.    In response to the allegations of paragraph 77, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

78.    In response to the allegations of paragraph 78, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

### (By Plaintiffs Against Defendant COUNTY)

79.    In paragraph 79, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 78 of their First Amended Complaint. Insofar as a response is required to paragraph 79, County incorporates by reference its responses to paragraphs 1 through 78 as if fully set forth herein.

80.    In response to the allegations of paragraph 80, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

81.    In response to the allegations of paragraph 81, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

82.    In response to the allegations of paragraph 82, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

83.    In response to the allegations of paragraph 83, County denies the allegation that its training policies were not adequate to train its deputies at the Santa Barbara County Sheriff's Office ("SBSO") and the Santa Barbara County Main Jail ("SBMJ") to handle the usual and recurring situations with which they must deal. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

84.    In response to the allegations of paragraph 84, County denies the allegations.

85.    In response to the allegations of paragraph 85, County denies the allegations.

86.    In response to the allegations of paragraph 86, County denies that inadequate training policies to train County's deputies at SBSO and the SBMJ to handle the usual and recurring situations with which they must deal was a direct and proximate cause of decedent Cecilia Covarrubias or Plaintiffs' alleged injuries. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

87.    In response to the allegations of paragraph 87, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

12.

### FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Policy, or Practice**

**(42 U.S.C. § 1983)**

**(By Plaintiffs Against Defendant COUNTY)**

88.     In paragraph 88, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 87 of their First Amended Complaint. Insofar as a response is required to paragraph 88, County incorporates by reference its responses to paragraphs 1 through 87 as if fully set forth herein.

89.     In response to the allegations of paragraph 89, County denies the allegations.

90.     In response to the allegations of paragraph 90, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

91.     In response to the allegations of paragraph 91, County denies the allegations.

92.     In response to the allegations of paragraph 92, County denies the allegations.

93.     In response to the allegations of paragraph 93, County denies the allegations.

94.     In response to the allegations of paragraph 94, County denies the allegations.

95.     In response to the allegations of paragraph 95, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

13.

## SIXTH CLAIM FOR RELIEF

### Americans with Disabilities Act (42 U.S.C. § 12132)

### (By Plaintiffs Against All Defendants)

96.     In paragraph 96, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 95 of their First Amended Complaint. Insofar as a response is required to paragraph 96, County incorporates by reference its responses to paragraph 1 through 95 as if fully set forth herein.

97.     In response to the allegations of paragraph 97, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

98.     In response to the allegations of paragraph 98, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

99.     In response to the allegations of paragraph 99, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

100.    Paragraph 100 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

101.    In response to the allegations of paragraph 101, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

102.    In response to the allegations of paragraph 102, County denies that it violated the Americans with Disabilities Act by failing to properly train its employees to respond with appropriate care to individuals with mental health impairments in its custody, including by providing medical care that such individuals are known to need. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

14.

103.   In response to the allegations of paragraph 103, County denies the allegation that a failure by County to properly train its employees to respond with appropriate care to individuals with mental health impairments in its custody, including by providing medical care that such individuals are known to need, was a direct and proximate cause of decedent Cecilia Covarrubias or Plaintiffs' alleged injuries. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein. County denies the allegations.

104.   In response to the allegations of paragraph 104, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

### Negligence – Wrongful Death and Survival

### (By Plaintiffs against all Defendants)

105.   In paragraph 105, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 104 of their First Amended Complaint. Insofar as a response is required to paragraph 105, County incorporates by reference its responses to paragraphs 1 through 104 as if fully set forth herein.

106.   In response to the allegations of paragraph 106, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

107.   In response to the allegations of paragraph 107, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

108.   In response to the allegations of paragraph 108, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

109.   In response to the allegations of paragraph 109, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

110.   In response to the allegations of paragraph 110, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## EIGHTH CLAIM FOR RELIEF

### Failure to Summon Medical Care (Cal. Gov't Code § 845.6)

### (By Plaintiffs against all Defendants)

111.   In paragraph 111, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 110 of their First Amended Complaint. Insofar as a response is required to paragraph 111, County incorporates by reference its responses to paragraphs 1 through 110 as if fully set forth herein.

112.   Paragraph 112 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

113.   In response to the allegations of paragraph 113, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

114.   In response to the allegations of paragraph 114, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

115.   In response to the allegations of paragraph 115, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

116.   In response to the allegations of paragraph 116, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

16.

117.   In response to the allegations of paragraph 117, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## NINTH CLAIM FOR RELIEF

### Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1)

### (By Plaintiffs against all Defendants)

118.   In paragraph 118, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 117 of their First Amended Complaint. Insofar as a response is required to paragraph 118, County incorporates by reference its responses to paragraphs 1 through 117 as if fully set forth herein.

119.   Paragraph 119 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

120.   In response to the allegations of paragraph 120, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

121.   In response to the allegations of paragraph 121, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

122.   In response to the allegations of paragraph 122, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

123.   In response to the allegations of paragraph 123, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

124.   In response to the allegations of paragraph 124, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

125.   In response to the allegations of paragraph 125, County lacks knowledge

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

17.

1  or information sufficient to form a belief as to the truth of the allegations and on

2  that basis denies each and every allegation contained therein.

3  126.   In response to the allegations of paragraph 126, County lacks knowledge

4  or information sufficient to form a belief as to the truth of the allegations and on

5  that basis denies each and every allegation contained therein.

6  ## DEFENDANT COUNTY'S AFFIRMATIVE DEFENSES

7  ### FIRST AFFIRMATIVE DEFENSE

8         As a first affirmative defense, County alleges that any injury or damage

9  suffered by decedent Cecilia Covarrubias and/or Plaintiffs was caused solely by

10  reason of decedent Cecilia Covarrubias's wrongful acts and conduct, including

11  suicide, and not by reason of any unlawful acts or omissions by the County.

12  ### SECOND AFFIRMATIVE DEFENSE

13         As a second affirmative defense, County alleges that at all times

14  mentioned in the First Amended Complaint, decedent Cecilia Covarrubias acted

15  negligently, carelessly, or recklessly such as to either directly or proximately

16  cause and/or contribute to the happening of her alleged injuries. Therefore, as to

17  Plaintiffs' claims brought under California law, any recovery by Plaintiffs must

18  either be barred completely or diminished by an amount proportionate to the

19  degree of decedent Cecilia Covarrubias's negligence.

20  ### THIRD AFFIRMATIVE DEFENSE

21         As a third affirmative defense, County alleges that decedent Cecilia

22  Cobarrubias voluntarily assumed the risk of her alleged injuries, if any, by

23  knowingly placing herself in a position of harm and knowing the probable

24  consequences of such actions.

25  ///

26  ///

27  ///

28  ///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 815.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias and/or Plaintiffs' alleged injuries, if any, resulting from an act or omission of a County employee pursuant to California Government Code section 815.2.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubais's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 844.6.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide sufficient facilities in the Santa Barbara County Main Jail, County alleges that it is immune from liability for decedent Cecilia Covarrubias and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.2.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care, County alleges that it is immune from liability for decedent Cecilia Covarrubias and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.6.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**NINTH AFFIRMATIVE DEFENSE**

As a ninth affirmative defense, as to Plaintiffs' claims brought under California law for failure to conduct a proper medical and mental health assessment and/or suicide evaluation of Decedent Cecilia Covarrubias, County alleges that it is immune from liability for decedent Cecilia Covarrubias and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.6.

**TENTH AFFIRMATIVE DEFENSE**

As a tenth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care to decedent Cecilia Covarrubias, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.8.

**ELEVENTH AFFIRMATIVE DEFENSE**

As an eleventh affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.

**TWELFTH AFFIRMATIVE DEFENSE**

As a twelfth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.4.

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

20.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a thirteenth affirmative defense, County asserts that Plaintiffs are barred from any recovery from County to the extent that damage or injury proved to have been sustained by decedent Cecilia Covarrubias and/or Plaintiffs was the direct and proximate result of the independent negligence, indifference, and/or unlawful conduct of independent third parties, their agents or employees, and not any act, error, or omission on the part of County.

WHEREFORE, County prays as follows:

1.    That Plaintiffs take nothing by reason of their First Amended Complaint as against County and that judgment be rendered in favor of County;

2.    That County be awarded its costs of suit incurred in defense of this action;

3.    That County be awarded its reasonable attorneys' fees incurred in defense of this action pursuant to 42 U.S.C. § 1988 and California Code of Civil Procedure § 1021.7, and its reasonable defense costs, as defined by and pursuant to, California Code of Civil Procedure § 1038; and

4.    For such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

County demands a trial by jury pursuant to Federal Rule of Civil Procedure 38.

Dated: Feb. 4, 2026                    Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL


By: /S/ - Mary Pat Barry
    MARY PAT BARRY
    Senior Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA BARBARA

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950