RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., ET AL.,<br><br><br><br><br>Plaintiffs,<br><br>v.<br><br><br>COUNTY OF SANTA BARBARA, ET AL.<br><br>Defendants. | Case No: 2:25-cv-10749-FLA (MAAx)<br><br>**DISCOVERY MATTER:** Referred to Magistrate Judge Maria A. Audero<br><br><br>**DEFENDANT COUNTY OF SANTA BARBARA'S NOTICE OF LODGING [PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Maria A. Audero<br>Courtroom: 880, Roybal Federal Bldg. & U.S. Courthouse, 8th Floor |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS

OF RECORD:

Defendant County of Santa Barbara hereby lodges with this Court a

proposed Stipulated Protective Order. Plaintiffs P.C., A.C., and F.C. and

Defendant County of Santa Barbara jointly propose the Stipulated Protective

Order attached as Exhibit A.

The proposed Stipulated Protective Order is based on the model protective order available for download under the tab labeled "Orders and Additional Documents" at https://apps.cacd.uscourts.gov/Jps/honorable-maria-a-audero.

A redline version of the proposed Stipulated Protective Order showing all differences between the proposed Stipulated Protective Order and the model order is attached hereto as Exhibit B.

Dated: March 25, 2026                    Respectfully submitted,

                                         RACHEL VAN MULLEM
                                         COUNTY COUNSEL


                                         By: /s/ - Mary Pat Barry
                                             MARY PAT BARRY
                                             Senior Deputy County Counsel
                                         Attorneys for Defendant
                                         COUNTY OF SANTA BARBARA

### Attestation re: Signatures of Registered CM/ECF Filers

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Mary Pat Barry, as the filer of this document and the party lodging the Stipulated Protective Order, attest that all signatories listed on the signature page of the Stipulated Protective Order, and on whose behalf the Stipulated Protective Order is lodged, concur in the Stipulated Protective Order's content and have authorized its lodging.

Dated: March 25, 2026

                                         By: /s/ - Mary Pat Barry
                                             Mary Pat Barry
                                             County of Santa Barbara
                                             Senior Deputy County Counsel