**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,<br><br>       Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA BARBARA; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:25-cv-10749-FLA-MAA<br><br>*Hon. Fernando L. Aenlle-Rocha*<br><br>**STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**<br><br>[*Proposed Order filed concurrently herewith*] |

STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs P.C., A.C., and F.C., and Defendant COUNTY OF SANTA BARBARA ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on November 7, 2025. [Dkt. 1.] Plaintiffs then filed a First Amended Complaint on November 25, 2025, to correct a clerical issue. [Dkt. 10.] At the time of the filing of their First Amended Complaint, Plaintiffs alleged that names and capacities of Defendants DOES 1 through 10 were unknown to them. In particular, Plaintiffs herein represent that, at that time, they were genuinely ignorant of the names of the County of Santa Barbara Sheriff's Department employees and/or other individuals, and of the roles and capacities of any other involved entities or individuals, who are alleged to have liability for the death by suicide of Plaintiff's decedent during the incident giving rise to this lawsuit at the Santa Barbara Main Jail. Subsequently, through discovery, Plaintiffs have discovered information that certain involved medical and mental health providers may have been employed by the companies Wellpath and/or California Forensic Medical Group. Plaintiffs have also discovered information that the pertinent individuals at the Santa Barbara County Main Jail who Plaintiffs believe to have liability for the death of Plaintiff's decedent, on which this lawsuit is based, include Deputy Camryn Durnin-Moore, Custody Deputy Antonio Rodriguez Madrigal, Custody Deputy Joaquin Arrellano Quintero, Custody Deputy Raymondo Jesus Estrada, Custody Deputy Samantha Hansen, Custody Deputy Kayla Fortenberry, Custody Deputy Travis Taylor , Erica Coolman, R.N., Amanda Occhipinti, R.N., Deborah Wells, Joe Gonzales, Jessica Lopez, and Yalda Safai, M.D.

2. The Parties agree that Plaintiffs may file an amended complaint for the purposes of naming Wellpath and California Forensic Medical Group as

2

organizational defendants, and of naming the foregoing individuals as individual defendants, and identifying the alleged roles and responsibilities of these individuals as regards the incident giving rise to this lawsuit.

3. A redlined copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as "Exhibit A." A clean copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as "Exhibit B."

4. The Parties agree that Plaintiffs shall have 7 days to file their Second Amended Complaint after the Court grants them leave.

5. Pursuant to Local Rule 15-3, the Second Amended Complaint shall be deemed served upon the Defendant County of Santa Barbara on the date this stipulation is granted.

6. The Parties agree that Defendant County of Santa Barbara shall have 21 days after service of the Second Amended Complaint to file a responsive pleading.

7. Pursuant to Local Rule 15-3, service of the Second Amended Complaint on a party who has not previously appeared shall be made as provided in Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

**IT IS SO STIPULATED**.


Dated: July 29, 2026                LAW OFFICES OF DALE K. GALIPO


                                    By   */s/ Benjamin S. Levine*
                                       DALE K. GALIPO
                                       BENJAMIN S. LEVINE[1]
                                       *Attorneys for Plaintiff*


Dated: July 29, 2026                RACHEL VAN MULLEM
                                    SANTA BARBARA COUNTY COUNSEL


                                    By   */s/ Mary Pat Barry*
                                       MARY PAT BARRY
                                       Senior Deputy County Counsel
                                       *Attorney for Defendant County of Santa Barbara*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4

STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT