UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SANTA BARBARA, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-10749-FLA (MAAx)<br><br>**ORDER APPROVING STIPULATION TO FILE SECOND AMENDED COMPLAINT [DKT. 27]** |

1

On July 29, 2026, Plaintiffs and Defendant County of Santa Barbara filed a Stipulation to Allow Plaintiffs to File Second Amended Complaint ("Stipulation"). Dkt. 27.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. Plaintiffs have seven (7) days from the date of this Order to file a Second Amended Complaint.

2. Pursuant to Local Rule 15-3, the amended pleading allowed by this Order shall be deemed served upon the Defendant County of Santa Barbara on the date the stipulation is approved.

3. The County of Santa Barbara's responsive pleading shall be due twenty-one (21) days from service of the Second Amended Complaint.

4. Pursuant to Local Rule 15-3, service of the amended pleading on a party who has not previously appeared shall be made as provided in Rule 4 of the Federal Rules of Civil Procedure and Local Rule 4.

IT IS SO ORDERED.

Dated: July 30, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2