RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendant
COUNTY OF SANTA BARBARA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, ET AL.<br><br>Defendants. | Case No: 2:25-cv-10749-FLA-MAAx<br><br>**ANSWER OF DEFENDANT COUNTY OF SANTA BARBARA TO SECOND AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B, Felicitas and Gonzalo Mendez United States Courthouse |

DEFENDANT COUNTY OF SANTA BARBARA (the "County"), by and through its counsel, in response to Plaintiffs' Second Amended Complaint for Damages and pursuant to Federal Rule of Civil Procedure 8(b), admits or denies the allegations asserted against it by Plaintiffs and states its defenses to each claim asserted against the County as follows:

**INTRODUCTION**

1. Paragraph 1 contains an introductory statement to which no response is required. To the extent this paragraph may be interpreted to assert material allegations, County denies that it violated any person's rights under the United

States Constitution and California law in connection with the death of Cecilia Covarrubias ("Covarrubias") on or around November 13, 2024.

## JURISDICTION AND VENUE

2. In response to the allegations of paragraph 2, County admits that this Court has original jurisdiction of Plaintiffs' federal claims under 28 U.S.C. §§ 1331 and 1343 and admits that this Court has supplemental jurisdiction to hear and decide Plaintiffs' claims arising under state law pursuant to 28 U.S.C. § 1367.

3. In response to the allegations of paragraph 3, County admits that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the alleged events or omissions giving rise to Plaintiffs' federal claims occurred in this judicial district.

4. In response to the allegations of paragraph 4, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## PARTIES

5. In response to the allegations of paragraph 5, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

6. In response to the allegations of paragraph 6, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

7. In response to the allegations of paragraph 7, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

8. In response to the allegations of paragraph 8, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

9. In response to the allegations of paragraph 9, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

10. In response to the allegations of paragraph 10, County denies that at all relevant times it is or was a duly organized municipal corporation existing under the laws of the State of California and denies that it is a chartered subdivision of the State of California. County admits that it is a legal subdivision of the State of California with the capacity to be sued and admits that, at all relevant times, it was the employer of defendants Deputy Camryn Durnin-Moore, Custody Deputy Antonio Madrigal, Custody Deputy Joaquin Quintero, Custody Deputy Raymundo Estrada, Custody Deputy Samantha Hansen, Custody Deputy Kayla Fortenberry, Custody Deputy Travis Taylor, and Jessica Lopez. County denies that, at all relevant times, it was the employer of defendants Erica Coolman, R.N., Amanda Occhipinti, R.N., Deborah Wells, Joe Gonzalez, or Yalda Safai, M.D. In response to the remaining allegations of paragraph 10, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

11. In response to the allegations of paragraph 11, County admits that Defendant Camryn Durnin-Moore ("Durnin-Moore") is a Santa Barbara County Sheriff's Office ("SBSO") deputy. In response to the remaining allegations of paragraph 11, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

12. In response to the allegations of paragraph 12, County admits that Defendant Antonio Rodriguez Madrigal ("Madrigal") is a SBSO custody deputy. In response to the remaining allegations of paragraph 12, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

13. In response to the allegations of paragraph 13, County admits that Defendant Joaquin Arellano Quintero ("Quintero") is a SBSO custody deputy. In response to the remaining allegations of paragraph 13, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

14. In response to the allegations of paragraph 14, County admits that Defendant Raymundo Jesus Estrada ("Estrada") is a SBSO custody deputy. In response to the remaining allegations of paragraph 14, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

15. In response to the allegations of paragraph 15, County admits that Defendant Samantha Hansen ("Hansen") is a SBSO custody deputy. In response to the remaining allegations of paragraph 15, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

16. In response to the allegations of paragraph 16, County denies that Defendant Kayla Fortenberry ("Fortenberry") currently is a SBSO deputy but admits that at all times relevant to Plaintiffs' claims, Fortenberry was a SBSO custody deputy. In response to the remaining allegations of paragraph 16, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

17. In response to the allegations of paragraph 17, County admits that Defendant Travis Taylor ("Taylor") is a SBSO custody deputy. In response to the remaining allegations of paragraph 17, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

18. In response to the allegations of paragraph 18, County denies that Defendant Wellpath ("Wellpath") was contracted with County and denies that at all relevant times Wellpath and its agents and employees acted under the direction and agency of County for purposes of providing medical and mental health services to inmates and detainees in the County's custody and care. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

19. In response to the allegations of paragraph 19, County admits that at all relevant times Defendant California Forensic Medical Group, Inc. ("CFMG") was contracted with County to provide medical and mental health services to detainees and inmates who are in the custody and care of the County at the Santa Barbara County Main Jail ("SBMJ"). County denies that at all relevant times Defendant CFMG and its agents and employees acted under the direction and agency of County for purposes of providing medical and mental health services to inmates and detainees in the County's care and custody. Except as so admitted and denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

20. In response to the allegations of paragraph 20, County denies that defendant Erica Coolman ("Coolman") was employed by the County, denies that at all relevant times Coolman was a duly appointed agent of the County, and denies that at all relevant times Coolman was acting with complete authority and ratification of County. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

21. In response to the allegations of paragraph 21, County denies that defendant Amanda Occhipinti ("Occhipinti") was employed by the County,

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

denies that at all relevant times Occhipinti was a duly appointed agent of the County, and denies that at all relevant times Occhipinti was acting with complete authority and ratification of County. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

22. In response to the allegations of paragraph 22, County denies that defendant Deborah Wells ("Wells") was employed by the County, denies that at all relevant times Wells was a duly appointed agent of the County, and denies that at all relevant times Wells was acting with complete authority and ratification of County. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

23. In response to the allegations of paragraph 23, County denies that defendant Joe Gonzalez ("Gonzalez") was employed by the County, denies that at all relevant times Gonzalez was a duly appointed agent of the County, and denies that at all relevant times Gonzalez was acting with complete authority and ratification of County. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

24. In response to the allegations of paragraph 24, County admits that defendant Jessica Lopez ("Lopez") is working for and employed by the County. County denies that Lopez was employed by Wellpath and/or CFMG. County denies that at all relevant times Lopez was a duly appointed agent of the County, Wellpath, and CFMG and denies that at all relevant times Lopez was acting as a nurse for the County, Wellpath and CFMG. Except as so admitted and denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

25. In response to the allegations of paragraph 25, County denies that defendant Yalda Safai ("Safai") was employed by the County, denies that at all relevant times Safai was a duly appointed agent of the County, and denies that at all relevant times Safai was acting with complete authority and ratification of County. Except as so denied, County lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the remaining allegations contained therein.

26. In response to the allegations of paragraph 26, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

27. Paragraph 27 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

28. In response to the allegations of paragraph 28, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

29. In response to the allegations of paragraph 29, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

30. Paragraph 30 contains assertions that are not material allegations asserted against County and therefore no response is required.

31. In response to the allegations of paragraph 31, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

32. In response to the allegations of paragraph 32, County admits that on May 7, 2025, Plaintiffs submitted claims for damages to the County pursuant to applicable sections of the California Government Code. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

of the allegations and on that basis denies each and every allegation contained therein.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

33. In paragraph 33, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 32 of their Second Amended Complaint. Insofar as a response is required to paragraph 33, County incorporates by reference its responses to paragraphs 1 through 32 as if fully set forth herein.

34. In response to the allegations of paragraph 34, County admits that law enforcement officers detained and arrested Covarrubias on November 8, 2024. County denies that law enforcement officers transported Covarrubias to SBMJ on or about November 8, 2024.

35. In response to the allegations of paragraph 35, County admits that following her arrest on November 8, 2024, Covarrubias was booked into the SBMJ in absentia. Except as so admitted, County denies each and every allegation contained therein.

36. In response to the allegations of paragraph 36, County admits that Covarrubias was discharged from the hospital on November 9, 2024, and was transported to SBMJ on November 9, 2024. Except at so admitted, the County denies each and every allegation contained therein.

37. In response to the allegations of paragraph 37, County admits that on November 10, 2024, Covarrubias spoke to Gonzalez and was to be placed on mental health observation in a holding cell. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

38. In response to the allegations of paragraph 38, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

39. In response to the allegations of paragraph 39, County admits that on November 10, 2024, while being escorted to a holding cell for mental health observation, Covarrubias stated that she was going to kill herself and in response to that statement, Covarrubias was placed in a safety cell. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

40. In response to the allegations of paragraph 40, County admits that safety cells at SBMJ do not contain a corded telephone. County admits that inmates and detainees who are believed to be suicidal and are placed in a safety cell have all of their clothing removed and are provided with a safety smock. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

41. In response to the allegations of paragraph 41, County admits that Covarrubias was observed to be crying on at least one occasion while in a safety cell on November 10, 2024. Except as so admitted, County denies the allegations.

42. In response to the allegations of paragraph 42, County admits the allegations.

43. In response to the allegations of paragraph 43, County admits that in the morning on November 11, 2024, Covarrubias was seen by Wells and Wells cleared Covarrubias for “step down” from the safety cell. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

44. In response to the allegations of paragraph 44, County admits that in the morning on November 11, 2024, Covarrubias was transported to a holding cell

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

for observation and spent the remainder of November 11, 2024 in the holding cell. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

45. In response to the allegations of paragraph 45, County admits that in the morning on November 12, 2024, Covarrubias was in a holding cell on mental health observation, was seen by Wells, and Covarrubias told Wells that she wanted to kill herself and when asked how she would kill herself, Covarrubias responded that she would strangle herself. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

46. In response to the allegations of paragraph 46, County admits that on November 12, 2024, Covarrubias was placed in a safety cell where she spent the remainder of November 12, 2024. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

47. In response to the allegations of paragraph 47, County admits that during the evening of November 12, 2024, Covarrubias was seen at the safety cell by Lopez and Lopez determined that Covarrubias did not meet the criteria for being placed on a hold under California Welfare and Institutions Code section 5150 ("5150 hold"). Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

48. In response to the allegations of paragraph 48, County admits that in the morning on November 13, 2024, Gonzalez cleared Covarrubias for "step down" from the safety cell. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

49. In response to the allegations of paragraph 49, County admits that the morning of November 13, 2024, Covarrubias was transported to a holding cell for observation. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

50. In response to the allegations of paragraph 50, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

51. In response to the allegations of paragraph 51, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

52. In response to the allegations of paragraph 52, County admits that in the afternoon on November 13, 2024, Covarrubias used the wall-mounted telephone in the holding cell to call a relative. Except as so admitted, County denies that the remaining allegations accurately characterize Covarrubias's telephone conversation with her relative.

53. In response to the allegations of paragraph 53, County denies that defendants listened to Covarrubias's telephone call made the afternoon of November 13, 2024 in real time. County admits that following the phone call made by Covarrubias on November 13, 2024, defendants did not direct that Covarrubias be returned to a safety cell or be placed on a 5150 hold. Except as so denied and admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

54. In response to the allegations of paragraph 54, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

55. In response to the allegations of paragraph 55, County admits that approximately three hours after Covarrubias made a telephone call to a relative and more than fifteen minutes after Quintero conducted an observation of Covarrubias, Durnin-Moore found Covarrubias hanging in her cell with the wall-mounted telephone cord wrapped around her neck. Except as so admitted, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

56. In response to the allegations of paragraph 56, County denies the allegations.

57. In response to the allegations of paragraph 57, County denies the allegations.

58. In response to the allegations of paragraph 58, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

59. In response to the allegations of paragraph 59, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

60. In response to the allegations of paragraph 60, County denies the allegations.

61. In response to the allegations of paragraph 61, County denies the allegations.

62. In response to the allegations of paragraph 62, County denies the allegations.

63. In response to the allegations of paragraph 63, County admits that after unsuccessful attempts to resuscitate Covarrubias, paramedics pronounced her deceased. Except as so admitted, County denies the allegations.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

64. In response to the allegations of paragraph 64, County denies the allegations.

65. In response to the allegations of paragraph 65, County denies the allegations.

66. In response to the allegations of paragraph 66, County denies the allegations.

67. In response to the allegations of paragraph 67, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

**Fourteenth Amendment – Failure to Protect (42 U.S.C. § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

68. In paragraph 68, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 67 of their Second Amended Complaint. Insofar as a response is required to paragraph 68, County incorporates by reference its responses paragraphs 1 through 67 as if fully set forth herein.

69. Paragraph 69 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

70. In response to the allegations of paragraph 70, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

71. In response to the allegations of paragraph 71, County denies the allegations.

72. In response to the allegations of paragraph 72, County denies the allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

73. In response to the allegations of paragraph 73, County denies the allegations.

74. In response to the allegations of paragraph 74, County denies the allegations.

75. In response to the allegations of paragraph 75, County denies the allegations.

76. In response to the allegations of paragraph 76, County denies the allegations.

77. In response to the allegations of paragraph 77, County denies the allegations.

78. In response to the allegations of paragraph 78, County denies the allegations.

79. In response to the allegations of paragraph 79, County denies the allegations.

80. In response to the allegations of paragraph 80, County denies the allegations.

81. In response to the allegations of paragraph 81, County denies the allegations.

82. In response to the allegations of paragraph 82, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**SECOND CLAIM FOR RELIEF**

**Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

83. In paragraph 83, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 82 of their Second Amended Complaint. Insofar as a response is required to paragraph 83, County incorporates by reference its responses to paragraphs 1 through 82 as if fully set forth herein.

84. Paragraph 84 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

85. In response to the allegations of paragraph 85, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

86. In response to the allegations of paragraph 86, County denies the allegations.

87. In response to the allegations of paragraph 87, County denies the allegations.

88. In response to the allegations of paragraph 88, County denies the allegations.

89. In response to the allegations of paragraph 89, County denies the allegations.

90. In response to the allegations of paragraph 90, County denies the allegations.

91. In response to the allegations of paragraph 91, County denies the allegations.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

92. In response to the allegations of paragraph 92, County denies that Covarrubias was deprived of urgently needed medical care in violation of her rights under the Due Process Clause of the Fourteenth Amendment. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

93. In response to the allegations of paragraph 93, County denies the allegations.

94. In response to the allegations of paragraph 94, County denies the allegations.

95. In response to the allegations of paragraph 95, County denies the allegations.

96. In response to the allegations of paragraph 96, County denies the allegations.

97. In response to the allegations of paragraph 97, County denies the allegations.

98. In response to the allegations of paragraph 98, County denies the allegations.

99. In response to the allegations of paragraph 99, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## THIRD CLAIM FOR RELIEF

**First and Fourteenth Amendments – Substantive Due Process, Interference with Familial Association and Relationship (42 U.S.C. § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

100. In paragraph 100, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 99 of their Second Amended Complaint. Insofar as a response is required to paragraph 100, County incorporates by reference its responses to paragraphs 1 through 99 as if fully set forth herein.

101. Paragraph 101 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

102. In response to the allegations of paragraph 102, County denies the allegations.

103. In response to the allegations of paragraph 103, County denies the allegations.

104. In response to the allegations of paragraph 104, County denies the allegations.

105. In response to the allegations of paragraph 105, County denies the allegations.

106. In response to the allegations of paragraph 106, County denies the allegations.

107. In response to the allegations of paragraph 107, County denies the allegations.

108. In response to the allegations of paragraph 108, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**FOURTH CLAIM FOR RELIEF**

**Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

**(By Plaintiffs Against Defendant COUNTY)**

109. In paragraph 109, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 108 of their Second Amended Complaint. Insofar as a response is required to paragraph 109, County incorporates by reference its responses to paragraphs 1 through 108 as if fully set forth herein.

110. In response to the allegations of paragraph 110, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

111. In response to the allegations of paragraph 111, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

112. In response to the allegations of paragraph 112, County denies the allegation that it failed to properly and adequately train the individual Defendants employed by the County on subject matters the County knew the Defendants employed by County were virtually certain to have to address in the course of their County employment. Except as so denied, the County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

113. In response to the allegations of paragraph 113, County denies the allegation that its training policies were not adequate to train its deputies at the SBSO and SBMJ to handle the usual and recurring situations with which they must deal and denies that it did not adequately train the individual Defendants employed by the County as SBSO deputies with regard to SBSO and SBMJ policies. Except as so denied, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

114. In response to the allegations of paragraph 114, County denies the allegations.

115. In response to the allegations of paragraph 115, County denies the allegations.

116. In response to the allegations of paragraph 116, County denies the allegations.

117. In response to the allegations of paragraph 117, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Policy, or Practice**

**(42 U.S.C. § 1983)**

**(By Plaintiffs Against Defendant COUNTY)**

118. In paragraph 118, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 117 of their Second Amended Complaint. Insofar as a response is required to paragraph 118, County incorporates by reference its responses to paragraphs 1 through 117 as if fully set forth herein.

119. In response to the allegations of paragraph 119, County denies the allegations.

120. In response to the allegations of paragraph 120, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

121. In response to the allegations of paragraph 121, County denies the allegations.

122. In response to the allegations of paragraph 122, County denies the allegations.

123. In response to the allegations of paragraph 123, County denies the allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

124. In response to the allegations of paragraph 124, County denies the allegations.

125. In response to the allegations of paragraph 125, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

## SIXTH CLAIM FOR RELIEF

**Americans with Disabilities Act (42 U.S.C. § 12132)**

**(By Plaintiffs Against Defendants COUNTY, WELLPATH, and CFMG)**

126. In paragraph 126, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 125 of their Second Amended Complaint. Insofar as a response is required to paragraph 126, County incorporates by reference its responses to paragraph 1 through 125 as if fully set forth herein.

127. In response to the allegations of paragraph 127, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

128. In response to the allegations of paragraph 128, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

129. In response to the allegations of paragraph 129, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

130. Paragraph 130 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

131. In response to the allegations of paragraph 131, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

132. In response to the allegations of paragraph 132, County denies the allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

133. In response to the allegations of paragraph 133, County denies the allegations.

134. In response to the allegations of paragraph 134, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

**SEVENTH CLAIM FOR RELIEF**

**Negligence – Wrongful Death and Survival**

**(By Plaintiffs against all Defendants)**

135. In paragraph 135, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 134 of their Second Amended Complaint. Insofar as a response is required to paragraph 135, County incorporates by reference its responses to paragraphs 1 through 134 as if fully set forth herein.

136. In response to the allegations of paragraph 136, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

137. In response to the allegations of paragraph 137, County denies the allegations.

138. In response to the allegations of paragraph 138, County denies the allegations.

139. In response to the allegations of paragraph 139, County denies the allegations.

140. In response to the allegations of paragraph 140, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**<u>EIGHTH CLAIM FOR RELIEF</u>**

**Failure to Summon Medical Care (Cal. Gov't Code § 845.6)**

**(By Plaintiffs against all Defendants)**

141. In paragraph 141, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 140 of their Second Amended Complaint. Insofar as a response is required to paragraph 141, County incorporates by reference its responses to paragraphs 1 through 140 as if fully set forth herein.

142. Paragraph 142 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

143. In response to the allegations of paragraph 143, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

144. In response to the allegations of paragraph 144, County denies the allegations.

145. In response to the allegations of paragraph 145, County denies the allegations. Paragraph 145 in part contains assertions of law that are not material allegations asserted against County and therefore no response to those assertions of law is required.

146. In response to the allegations of paragraph 146, County denies the allegations.

147. In response to the allegations of paragraph 147, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## NINTH CLAIM FOR RELIEF

**Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1)**

**(By Plaintiffs against all Defendants)**

148. In paragraph 148, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 147 of their Second Amended Complaint. Insofar as a response is required to paragraph 148, County incorporates by reference its responses to paragraphs 1 through 147 as if fully set forth herein.

149. Paragraph 149 contains assertions of law that are not material allegations asserted against County and therefore no response is required.

150. In response to the allegations of paragraph 150, County denies the allegations.

151. In response to the allegations of paragraph 151, County denies the allegations.

152. In response to the allegations of paragraph 152, County denies the allegations.

153. In response to the allegations of paragraph 153, County denies the allegations.

154. In response to the allegations of paragraph 154, County denies the allegations.

155. In response to the allegations of paragraph 155, County denies the allegations.

156. In response to the allegations of paragraph 156, County lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies each and every allegation contained therein.

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## DEFENDANT COUNTY'S AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, County alleges that any injury or damage suffered by decedent Cecilia Covarrubias and/or Plaintiffs was caused solely by reason of decedent Cecilia Covarrubias's wrongful acts and conduct, including suicide, and not by reason of any unlawful acts or omissions by the County.

### SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, County alleges that at all times mentioned in the Second Amended Complaint, decedent Cecilia Covarrubias acted negligently, carelessly, or recklessly such as to either directly or proximately cause and/or contribute to the happening of her alleged injuries. Therefore, as to Plaintiffs' claims brought under California law, any recovery by Plaintiffs must either be barred completely or diminished by an amount proportionate to the degree of decedent Cecilia Covarrubias's negligence.

### THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, County alleges that decedent Cecilia Cobarrubias voluntarily assumed the risk of her alleged injuries, if any, by knowingly placing herself in a position of harm and knowing the probable consequences of such actions.

### FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 815.

### FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, resulting from an

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

act or omission of a County employee pursuant to California Government Code section 815.2.

**SIXTH AFFIRMATIVE DEFENSE**

As a sixth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 820.2.

**SEVENTH AFFIRMATIVE DEFENSE**

As a seventh affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 820.8.

**EIGHTH AFFIRMATIVE DEFENSE**

As an eighth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubais's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 844.6.

**NINTH AFFIRMATIVE DEFENSE**

As a ninth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide sufficient facilities in the Santa Barbara County Main Jail, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.2.

**TENTH AFFIRMATIVE DEFENSE**

As a tenth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.6.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh affirmative defense, as to Plaintiffs' claims brought under California law for failure to conduct a proper medical and mental health assessment and/or suicide evaluation of Decedent Cecilia Covarrubias, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.6.

## TWELFTH AFFIRMATIVE DEFENSE

As a twelfth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care to decedent Cecilia Covarrubias, County alleges that it is immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.8.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a thirteenth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.

## FOURTEENTH AFFIRMATIVE DEFENSE

As a fourteenth affirmative defense, as to Plaintiffs' claims brought under California law, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.4.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a fifteenth affirmative defense, County asserts that Plaintiffs are barred from any recovery from County to the extent that damage or injury proved to have been sustained by decedent Cecilia Covarrubias and/or Plaintiffs was the direct and proximate result of the independent negligence, indifference, and/or

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

unlawful conduct of independent third parties, their agents or employees, and not any act, error, or omission on the part of County.

WHEREFORE, County prays as follows:

1. That Plaintiffs take nothing by reason of their Second Amended Complaint as against County and that judgment be rendered in favor of County;

2. That County be awarded its costs of suit incurred in defense of this action;

3. That County be awarded its reasonable attorneys' fees incurred in defense of this action pursuant to 42 U.S.C. section 1988 and California Code of Civil Procedure section 1021.7, and its reasonable defense costs, as defined by and pursuant to, California Code of Civil Procedure section 1038; and

4. For such other relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

County demands a trial by jury pursuant to Federal Rule of Civil Procedure 38.

Dated: Aug. 20, 2026

Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL

By: /S/ - Mary Pat Barry
MARY PAT BARRY
Senior Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA BARBARA

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950