LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 Fax: (818) 347-4118
Email: blevine@galipolaw.com/ dalekgalipo@yahoo.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias, et al.

PLAINTIFF(S)

v.

County of Santa Barbara, et al.

DEFENDANT(S).

CASE NUMBER

2:25-cv-10749-FLA-MAA

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**
(For use with State Service only)

To: Samantha Hansen

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Ýode of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on August 11, 2026.

*Signature of Sender*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

105 E Anapamu St Rm 201, Santa Barbara, CA 93101 on August 11, 2026
*Address* *Date*

Mary Pat Barry
*Signature*

Mary Pat Barry, Attorney for Defendant
*Relationship to Entity/Authority to Receive Service of Process*