NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Rachel Van Mullem, County Counsel
Mary Pat Barry, Sr. Deputy (Bar No. 148354)
County of Santa Barbara
105 E. Anapamu St., Ste. 201
Santa Barbara, CA 93101
(805) 568-2950 / Fax (805) 568-2982
Email: mpbarry@countyofsb.org

ATTORNEY(S) FOR: Defendants County of Santa Barbara, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

P.C., ET AL.,

Plaintiff(s),

v.

COUNTY OF SANTA BARBARA, ET AL.,

Defendant(s)

CASE NUMBER:

2:25-cv-10749-FLA-MAA

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for County of Santa Barbara, Camryn Durnin-Moore, Antonio Rodriguez Madrigal, Joaquin Arellano Quintero, Raymundo Jesus Estrada, Samantha Hansen, Kayla Fortenberry, Travis Taylor, Jessica Lopez

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| P.C | Plaintiff |
| A.C | Plaintiff |
| F.C | Plaintiff |
| County of Santa Barbara | Defendant |
| Camryn Durnin-Moore | Defendant, County of Santa Barbara employee |
| Antonio Rodriguez Madrigal | Defendant, County of Santa Barbara employee |
| Joaquin Arellano Quintero | Defendant, County of Santa Barbara employee |
| Raymundo Jesus Estrada | Defendant, County of Santa Barbara employee |
| Samantha Hansen | Defendant, County of Santa Barbara employee |
| Kayla Fortenberry | Defendant, County of Santa Barbara former employee |
| Travis Taylor | Defendant, County of Santa Barbara employee |
| Jessica Lopez | Defendant, County of Santa Barbara employee |

(continued on additional sheet)

09/01/2026
Date

/s / - Mary Pat Barry
Signature

Attorney of record for (or name of party appearing in pro per):

County of Santa Barbara, Camryn Durnin-Moore, Antonio Rodriguez Madrigal, Joaquin Arellano Quintero, Raymundo Jesus Estrada, Samantha Hansen, Kayla Fortenberry, Travis Taylor, Jessica Lopez

## Certification and Notice of Interested Parties – Additional Sheet

List the names of all such parties and identify their connection and interest *continued*:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Wellpath | Defendant |
| California Forensic Medical Group, Inc. | Defendant |
| Erica Coolman, R.N. | Defendant |
| Amanda Occhipinti, R.N. | Defendant |
| Deborah Wells | Defendant |
| Joe Gonzalez | Defendant |
| Yalda Safai, M.D. | Defendant |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950