RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
CAMRYN DURNIN-MOORE,
ANTONIO MADRIGAL, JOAQUIN QUINTERO,
RAYMUNDO ESTRADA, SAMANTHA HANSEN,
KAYLA FORTENBERRY, TRAVIS TAYLOR,
and JESSICA LOPEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, ET AL.<br><br>Defendants. | Case No: 2:25-cv-10749-FLA-MAAx<br><br>**ANSWER OF DEFENDANTS CAMRYN DURNIN-MOORE, ANTONIO MADRIGAL, JOAQUIN QUINTERO, RAYMUNDO ESTRADA, SAMANTHA HANSEN, KAYLA FORTENBERRY, TRAVIS TAYLOR, AND JESSICA LOPEZ TO SECOND AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B, Felicitas and Gonzalo Mendez United States Courthouse |

DEFENDANTS CAMRYN DURNIN-MOORE (“Durnin-Moore”), ANTONIO MADRIGAL (“Madrigal”), JOAQUIN QUINTERO (“Quintero”), RAYMUNDO ESTRADA (“Estrada”), SAMANTHA HANSEN (“Hansen”),

KAYLA FORTENBERRY (Fortenberry"), TRAVIS TAYLOR ("Taylor"), and JESSICA LOPEZ ("Lopez") (collectively "County Defendants"), by and through their counsel, in response to Plaintiffs' Second Amended Complaint for Damages and pursuant to Federal Rule of Civil Procedure 8(b), admit or deny the allegations asserted against them by Plaintiffs and state their defenses to each claim asserted against them as follows:

## INTRODUCTION

1. Paragraph 1 contains an introductory statement to which no response is required. To the extent this paragraph may be interpreted to assert material allegations, County Defendants deny that they violated any person's rights under the United States Constitution and California law in connection with the death of Cecilia Covarrubias ("Covarrubias") on or around November 13, 2024.

## JURISDICTION AND VENUE

2. In response to the allegations of paragraph 2, County Defendants admit that this Court has original jurisdiction of Plaintiffs' federal claims under 28 U.S.C. §§ 1331 and 1343 and admit that this Court has supplemental jurisdiction to hear and decide Plaintiffs' claims arising under state law pursuant to 28 U.S.C. § 1367.

3. In response to the allegations of paragraph 3, County Defendants admit that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the alleged events or omissions giving rise to Plaintiffs' federal claims occurred in this judicial district.

4. In response to the allegations of paragraph 4, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**PARTIES**

5. In response to the allegations of paragraph 5, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

6. In response to the allegations of paragraph 6, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

7. In response to the allegations of paragraph 7, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

8. In response to the allegations of paragraph 8, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

9. In response to the allegations of paragraph 9, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

10. In response to the allegations of paragraph 10, County Defendants deny that at all relevant times the County of Santa Barbara (the "County") is or was a duly organized municipal corporation existing under the laws of the State of California and deny that it is a chartered subdivision of the State of California. County Defendants admit that the County is a legal subdivision of the State of California with the capacity to be sued and admit that, at all relevant times, the County was the employer of County Defendants. County Defendants deny that, at all relevant times, the County was the employer of defendants Erica Coolman, R.N., Amanda Occhipinti, R.N., Deborah Wells, Joe Gonzalez, or Yalda Safai, M.D.

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

In response to the remaining allegations of paragraph 10, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

11. In response to the allegations of paragraph 11, County Defendants admit that Defendant Durnin-Moore is a Santa Barbara County Sheriff's Office ("SBSO") deputy. In response to the remaining allegations of paragraph 11, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

12. In response to the allegations of paragraph 12, County Defendants admit that Defendant Madrigal is a SBSO custody deputy. In response to the remaining allegations of paragraph 12, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

13. In response to the allegations of paragraph 13, County Defendants admit that Defendant Quintero is a SBSO custody deputy. In response to the remaining allegations of paragraph 13, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

14. In response to the allegations of paragraph 14, County Defendants admit that Defendant Estrada is a SBSO custody deputy. In response to the remaining allegations of paragraph 14, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

15. In response to the allegations of paragraph 15, County Defendants admit that Defendant Hansen is a SBSO custody deputy. In response to the remaining allegations of paragraph 15, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

16. In response to the allegations of paragraph 16, County Defendants deny that Defendant Fortenberry currently is a SBSO deputy but admit that at all times relevant to Plaintiffs' claims, Fortenberry was a SBSO custody deputy. In response to the remaining allegations of paragraph 16, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

17. In response to the allegations of paragraph 17, County Defendants admit that Defendant Taylor is a SBSO custody deputy. In response to the remaining allegations of paragraph 17, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

18. In response to the allegations of paragraph 18, County Defendants deny that Defendant Wellpath ("Wellpath") was contracted with the County and deny that at all relevant times Wellpath and its agents and employees acted under the direction and agency of the County for purposes of providing medical and mental health services to inmates and detainees in the County's custody and care. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

19. In response to the allegations of paragraph 19, County Defendants admit that at all relevant times Defendant California Forensic Medical Group, Inc. ("CFMG") was contracted with the County to provide medical and mental health services to detainees and inmates who are in the custody and care of the

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

County at the Santa Barbara County Main Jail ("SBMJ"). County Defendants deny that at all relevant times Defendant CFMG and its agents and employees acted under the direction and agency of the County for purposes of providing medical and mental health services to inmates and detainees in the County's care and custody. Except as so admitted and denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

20. In response to the allegations of paragraph 20, County Defendants deny that defendant Erica Coolman ("Coolman") was employed by the County, deny that at all relevant times Coolman was a duly appointed agent of the County, and deny that at all relevant times Coolman was acting with complete authority and ratification of the County. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

21. In response to the allegations of paragraph 21, County Defendants deny that defendant Amanda Occhipinti ("Occhipinti") was employed by the County, deny that at all relevant times Occhipinti was a duly appointed agent of the County, and deny that at all relevant times Occhipinti was acting with complete authority and ratification of the County. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

22. In response to the allegations of paragraph 22, County Defendants deny that defendant Deborah Wells ("Wells") was employed by the County, deny that at all relevant times Wells was a duly appointed agent of the County, and deny that at all relevant times Wells was acting with complete authority and ratification of the County. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

23. In response to the allegations of paragraph 23, County Defendants deny that defendant Joe Gonzalez ("Gonzalez") was employed by the County, deny that at all relevant times Gonzalez was a duly appointed agent of the County, and deny that at all relevant times Gonzalez was acting with complete authority and ratification of the County. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

24. In response to the allegations of paragraph 24, County Defendants admit that defendant Lopez is working for and employed by the County. County Defendants deny that Lopez was employed by Wellpath and/or CFMG. County Defendants deny that at all relevant times Lopez was a duly appointed agent of the County, Wellpath, and CFMG and deny that at all relevant times Lopez was acting as a nurse for the County, Wellpath and CFMG. Except as so admitted and denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

25. In response to the allegations of paragraph 25, County Defendants deny that defendant Yalda Safai ("Safai") was employed by the County, deny that at all relevant times Safai was a duly appointed agent of the County, and deny that at all relevant times Safai was acting with complete authority and ratification of the County. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations and on that basis deny the remaining allegations contained therein.

26. In response to the allegations of paragraph 26, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

27. Paragraph 27 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

28. In response to the allegations of paragraph 28, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

29. In response to the allegations of paragraph 29, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

30. In response to the allegations of paragraph 30, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

31. In response to the allegations of paragraph 31, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

32. In response to the allegations of paragraph 32, County Defendants admit that on May 7, 2025, Plaintiffs submitted claims for damages to the County pursuant to applicable sections of the California Government Code. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

33. In paragraph 33, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 32 of their Second Amended Complaint. Insofar as a response is required to paragraph 33, County Defendants incorporate by reference their responses to paragraphs 1 through 32 as if fully set forth herein.

34. In response to the allegations of paragraph 34, County Defendants admit that law enforcement officers detained and arrested Covarrubias on November 8, 2024. County Defendants deny that law enforcement officers transported Covarrubias to SBMJ on or about November 8, 2024.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

35. In response to the allegations of paragraph 35, County Defendants admit that following her arrest on November 8, 2024, Covarrubias was booked into the SBMJ in absentia. Except as so admitted, County Defendants deny each and every allegation contained therein.

36. In response to the allegations of paragraph 36, County Defendants admit that Covarrubias was discharged from the hospital on November 9, 2024, and was transported to SBMJ on November 9, 2024. Except at so admitted, the County Defendants deny each and every allegation contained therein.

37. In response to the allegations of paragraph 37, County Defendants admit that on November 10, 2024, Covarrubias was seen by Gonzalez and was to be placed on mental health observation in a holding cell. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

38. In response to the allegations of paragraph 38, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

39. In response to the allegations of paragraph 39, County Defendants admit that on November 10, 2024, while being escorted to a holding cell for mental health observation, Covarrubias stated that she was going to kill herself and in response to that statement, Covarrubias was placed in a safety cell. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

40. In response to the allegations of paragraph 40, County Defendants admit that safety cells at SBMJ do not contain a corded telephone. County Defendants admit that inmates and detainees who are believed to be suicidal and are placed in a safety cell have all of their clothing removed and are provided with a safety

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

smock. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

41. In response to the allegations of paragraph 41, County Defendants admit that Covarrubias was observed to be crying on at least one occasion while in a safety cell on November 10, 2024. Except as so admitted, County Defendants deny the allegations.

42. In response to the allegations of paragraph 42, County Defendants admit the allegations.

43. In response to the allegations of paragraph 43, County Defendants admit that in the morning on November 11, 2024, Covarrubias was seen by Wells and Wells cleared Covarrubias for "step down" from the safety cell. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

44. In response to the allegations of paragraph 44, County Defendants admit that in the morning on November 11, 2024, Covarrubias was transported to a holding cell for observation and spent the remainder of November 11, 2024 in the holding cell. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

45. In response to the allegations of paragraph 45, County Defendants admit that in the morning on November 12, 2024, Covarrubias was in a holding cell on mental health observation, was seen by Wells, and Covarrubias told Wells that she wanted to kill herself and when asked how she would kill herself, Covarrubias responded that she would strangle herself.

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

46. In response to the allegations of paragraph 46, County Defendants admit that on November 12, 2024, Covarrubias was placed in a safety cell where she spent the remainder of November 12, 2024. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

47. In response to the allegations of paragraph 47, County Defendants admit that during the evening of November 12, 2024, Covarrubias was seen at the safety cell by Lopez and Lopez determined that Covarrubias did not meet the criteria for being placed on a hold under California Welfare and Institutions Code section 5150 ("5150 hold"). Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

48. In response to the allegations of paragraph 48, County Defendants admit that in the morning on November 13, 2024, Gonzalez cleared Covarrubias for "step down" from the safety cell. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

49. In response to the allegations of paragraph 49, County Defendants admit that the morning of November 13, 2024, Covarrubias was transported by Hansen to a holding cell for observation. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

50. In response to the allegations of paragraph 50, County Defendants deny that Defendant Safai visited Covarrubias at Covarrubias's cell during the early

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

afternoon of November 13, 2024. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

51. In response to the allegations of paragraph 51, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

52. In response to the allegations of paragraph 52, County Defendants admit that in the afternoon on November 13, 2024, Covarrubias used the wall-mounted telephone in the holding cell to call a relative.

Except as so admitted, County Defendants deny that the remaining allegations accurately characterize Covarrubias's telephone conversation with her relative.

53. In response to the allegations of paragraph 53, County Defendants deny that defendants listened to Covarrubias's telephone call made the afternoon of November 13, 2024 in real time. County Defendants admit that following the phone call made by Covarrubias on November 13, 2024, defendants did not direct that Covarrubias be returned to a safety cell or be placed on a 5150 hold. Except as so denied and admitted, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

54. In response to the allegations of paragraph 54, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

55. In response to the allegations of paragraph 55, County Defendants admit that approximately three hours after Covarrubias made a telephone call to a relative and more than fifteen minutes after Quintero conducted an observation of Covarrubias, Durnin-Moore found Covarrubias hanging in her cell with the wall-mounted telephone cord wrapped around her neck. Except as so admitted, County Defendants lack knowledge or information sufficient to form a belief as

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

to the truth of the allegations and on that basis deny each and every allegation contained therein.

56. In response to the allegations of paragraph 56, County Defendants deny the allegations.

57. In response to the allegations of paragraph 57, County Defendants deny the allegations.

58. In response to the allegations of paragraph 58, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

59. In response to the allegations of paragraph 59, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

60. In response to the allegations of paragraph 60, County Defendants deny the allegations.

61. In response to the allegations of paragraph 61, County Defendants deny the allegations.

62. In response to the allegations of paragraph 62, County Defendants deny the allegations.

63. In response to the allegations of paragraph 63, County Defendants admit that after unsuccessful attempts to resuscitate Covarrubias, paramedics pronounced her deceased. Except as so admitted, County Defendants deny the allegations.

64. In response to the allegations of paragraph 64, County Defendants deny the allegations.

65. In response to the allegations of paragraph 65, County Defendants deny the allegations.

66. In response to the allegations of paragraph 66, County Defendants deny the allegations.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

67. In response to the allegations of paragraph 67, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

**FIRST CLAIM FOR RELIEF**

**Fourteenth Amendment – Failure to Protect (42 U.S.C. § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

68. In paragraph 68, Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 67 of their Second Amended Complaint. Insofar as a response is required to paragraph 68, County Defendants incorporate by reference their responses paragraphs 1 through 67 as if fully set forth herein.

69. Paragraph 69 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

70. In response to the allegations of paragraph 70, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

71. In response to the allegations of paragraph 71, County Defendants deny the allegations.

72. In response to the allegations of paragraph 72, County Defendants deny the allegations.

73. In response to the allegations of paragraph 73, County Defendants deny the allegations.

74. In response to the allegations of paragraph 74, County Defendants deny the allegations.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

75. In response to the allegations of paragraph 75, County Defendants deny the allegations.

76. In response to the allegations of paragraph 76, County Defendants deny the allegations.

77. In response to the allegations of paragraph 77, County Defendants deny the allegations.

78. In response to the allegations of paragraph 78, County Defendants deny the allegations.

79. In response to the allegations of paragraph 79, County Defendants deny the allegations.

80. In response to the allegations of paragraph 80, County Defendants deny the allegations.

81. In response to the allegations of paragraph 81, County Defendants deny the allegations.

82. In response to the allegations of paragraph 82, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## SECOND CLAIM FOR RELIEF

**Fourteenth Amendment – Denial of Medical Care (42 U.S.C. § 1983)**
**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

83. In paragraph 83, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 82 of their Second Amended Complaint. Insofar as a response is required to paragraph 83, County Defendants incorporate by reference their responses to paragraphs 1 through 82 as if fully set forth herein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

84. Paragraph 84 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

85. In response to the allegations of paragraph 85, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

86. In response to the allegations of paragraph 86, County Defendants deny the allegations.

87. In response to the allegations of paragraph 87, County Defendants deny the allegations.

88. In response to the allegations of paragraph 88, County Defendants deny the allegations.

89. In response to the allegations of paragraph 89, County Defendants deny the allegations.

90. In response to the allegations of paragraph 90, County Defendants deny the allegations.

91. In response to the allegations of paragraph 91, County Defendants deny the allegations.

92. In response to the allegations of paragraph 92, County Defendants deny that Covarrubias was deprived of urgently needed medical care in violation of her rights under the Due Process Clause of the Fourteenth Amendment. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

93. In response to the allegations of paragraph 93, County Defendants deny the allegations.

94. In response to the allegations of paragraph 94, County Defendants deny the allegations.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

95. In response to the allegations of paragraph 95, County Defendants deny the allegations.

96. In response to the allegations of paragraph 96, County Defendants deny the allegations.

97. In response to the allegations of paragraph 97, County Defendants deny the allegations.

98. In response to the allegations of paragraph 98, County Defendants deny the allegations.

99. In response to the allegations of paragraph 99, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## THIRD CLAIM FOR RELIEF

**First and Fourteenth Amendments – Substantive Due Process, Interference with Familial Association and Relationship (42 U.S.C. § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

100. In paragraph 100, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 99 of their Second Amended Complaint. Insofar as a response is required to paragraph 100, County Defendants incorporate by reference their responses to paragraphs 1 through 99 as if fully set forth herein.

101. Paragraph 101 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

102. In response to the allegations of paragraph 102, County Defendants deny the allegations.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

103. In response to the allegations of paragraph 103, County Defendants deny the allegations.

104. In response to the allegations of paragraph 104, County Defendants deny the allegations.

105. In response to the allegations of paragraph 105, County Defendants deny the allegations.

106. In response to the allegations of paragraph 106, County Defendants deny the allegations.

107. In response to the allegations of paragraph 107, County Defendants deny the allegations.

108. In response to the allegations of paragraph 108, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

### (By Plaintiffs Against Defendant COUNTY)

109. In paragraph 109, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 108 of their Second Amended Complaint. Insofar as a response is required to paragraph 109, County Defendants incorporate by reference their responses to paragraphs 1 through 108 as if fully set forth herein.

110. In response to the allegations of paragraph 110, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

111. In response to the allegations of paragraph 111, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

112. In response to the allegations of paragraph 112, County Defendants deny the allegation that the County failed to properly and adequately train them on subject matters the County knew they were virtually certain to have to address in the course of their County employment. Except as so denied, the County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

113. In response to the allegations of paragraph 113, County Defendants deny the allegation that the County's training policies were not adequate to train its deputies at the SBSO and SBMJ to handle the usual and recurring situations with which they must deal and deny that the County did not adequately train the individual Defendants employed by the County as SBSO deputies with regard to SBSO and SBMJ policies. Except as so denied, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

114. In response to the allegations of paragraph 114, County Defendants deny the allegations.

115. In response to the allegations of paragraph 115, County Defendants deny the allegations.

116. In response to the allegations of paragraph 116, County Defendants deny the allegations.

117. In response to the allegations of paragraph 117, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Policy, or Practice**

**(42 U.S.C. § 1983)**

**(By Plaintiffs Against Defendant COUNTY)**

118. In paragraph 118, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 117 of their Second Amended Complaint. Insofar as a response is required to paragraph 118, County Defendants incorporate by reference their responses to paragraphs 1 through 117 as if fully set forth herein.

119. In response to the allegations of paragraph 119, County Defendants deny the allegations.

120. In response to the allegations of paragraph 120, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

121. In response to the allegations of paragraph 121, County Defendants deny the allegations.

122. In response to the allegations of paragraph 122, County Defendants deny the allegations.

123. In response to the allegations of paragraph 123, County Defendants deny the allegations.

124. In response to the allegations of paragraph 124, County Defendants deny the allegations.

125. In response to the allegations of paragraph 125, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## SIXTH CLAIM FOR RELIEF

**Americans with Disabilities Act (42 U.S.C. § 12132)**

**(By Plaintiffs Against Defendants COUNTY, WELLPATH, and CFMG)**

126. In paragraph 126, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 125 of their Second Amended Complaint. Insofar as a response is required to paragraph 126, County Defendants incorporate by reference their responses to paragraph 1 through 125 as if fully set forth herein.

127. In response to the allegations of paragraph 127, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

128. In response to the allegations of paragraph 128, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

129. In response to the allegations of paragraph 129, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

130. Paragraph 130 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

131. In response to the allegations of paragraph 131, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

132. In response to the allegations of paragraph 132, County Defendants deny the allegations.

133. In response to the allegations of paragraph 133, County Defendants deny the allegations.

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

134. In response to the allegations of paragraph 134, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

**Negligence – Wrongful Death and Survival**

**(By Plaintiffs against all Defendants)**

135. In paragraph 135, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 134 of their Second Amended Complaint. Insofar as a response is required to paragraph 135, County Defendants incorporate by reference their responses to paragraphs 1 through 134 as if fully set forth herein.

136. In response to the allegations of paragraph 136, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

137. In response to the allegations of paragraph 137, County Defendants deny the allegations.

138. In response to the allegations of paragraph 138, County Defendants deny the allegations.

139. In response to the allegations of paragraph 139, County Defendants deny the allegations.

140. In response to the allegations of paragraph 140, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## EIGHTH CLAIM FOR RELIEF

**Failure to Summon Medical Care (Cal. Gov't Code § 845.6)**

**(By Plaintiffs against all Defendants)**

141. In paragraph 141, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 140 of their Second Amended Complaint.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

Insofar as a response is required to paragraph 141, County Defendants incorporate by reference their responses to paragraphs 1 through 140 as if fully set forth herein.

142. Paragraph 142 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

143. In response to the allegations of paragraph 143, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

144. In response to the allegations of paragraph 144, County Defendants deny the allegations.

145. In response to the allegations of paragraph 145, County Defendants deny the allegations. Paragraph 145 in part contains assertions of law that are not material allegations asserted against County Defendants and therefore no response to those assertions of law is required.

146. In response to the allegations of paragraph 146, County Defendants deny the allegations.

147. In response to the allegations of paragraph 147, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

**NINTH CLAIM FOR RELIEF**

**Tom Bane Civil Rights Act (Cal. Civ. Code § 52.1)**

**(By Plaintiffs against all Defendants)**

148. In paragraph 148, Plaintiffs restate and reallege each and every allegation set forth in paragraphs 1 through 147 of their Second Amended Complaint. Insofar as a response is required to paragraph 148, County Defendants incorporate by reference their responses to paragraphs 1 through 147 as if fully set forth herein.

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

149. Paragraph 149 contains assertions of law that are not material allegations asserted against County Defendants and therefore no response is required.

150. In response to the allegations of paragraph 150, County Defendants deny the allegations.

151. In response to the allegations of paragraph 151, County Defendants deny the allegations.

152. In response to the allegations of paragraph 152, County Defendants deny the allegations.

153. In response to the allegations of paragraph 153, County Defendants deny the allegations.

154. In response to the allegations of paragraph 154, County Defendants deny the allegations.

155. In response to the allegations of paragraph 155, County Defendants deny the allegations.

156. In response to the allegations of paragraph 156, County Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis deny each and every allegation contained therein.

## COUNTY DEFENDANTS' AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, as to Plaintiffs' First, Second, and Third Claims for Relief, County Defendants allege that they are entitled to immunity from liability for Plaintiffs' claims against them brought under 42 U.S.C. § 1983 pursuant to the doctrine of qualified immunity.

///

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**SECOND AFFIRMATIVE DEFENSE**

As a second affirmative defense, County Defendants allege that any injury or damage suffered by decedent Cecilia Covarrubias and/or Plaintiffs was caused solely by reason of decedent Cecilia Covarrubias's wrongful acts and conduct, including suicide, and not by reason of any unlawful acts or omissions by the County Defendants.

**THIRD AFFIRMATIVE DEFENSE**

As a third affirmative defense, County Defendants allege that at all times mentioned in the Second Amended Complaint, decedent Cecilia Covarrubias acted negligently, carelessly, or recklessly such as to either directly or proximately cause and/or contribute to the happening of her alleged injuries. Therefore, as to Plaintiffs' claims brought under California law, any recovery by Plaintiffs must either be barred completely or diminished by an amount proportionate to the degree of decedent Cecilia Covarrubias's negligence.

**FOURTH AFFIRMATIVE DEFENSE**

As a fourth affirmative defense, County Defendants allege that decedent Cecilia Cobarrubias voluntarily assumed the risk of her alleged injuries, if any, by knowingly placing herself in a position of harm and knowing the probable consequences of such actions.

**FIFTH AFFIRMATIVE DEFENSE**

As a fifth affirmative defense, as to Plaintiffs' claims brought under California law, County Defendants allege that they are immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 820.2.

///

///

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, as to Plaintiffs' claims brought under California law, County Defendants allege that they are immune from liability for Decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 820.8.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, as to Plaintiffs' claims brought under California law, County Defendants allege that they are immune from liability for decedent Cecilia Covarrubais's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 844.6.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide sufficient facilities in the Santa Barbara County Main Jail, County alleges that it is immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.2.

## NINTH AFFIRMATIVE DEFENSE

As a ninth affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care, County Defendants allege that they are immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 845.6.

## TENTH AFFIRMATIVE DEFENSE

As a tenth affirmative defense, as to Plaintiffs' claims brought under California law for failure to conduct a proper medical and mental health assessment and/or suicide evaluation of decedent Cecilia Covarrubias, County Defendants allege that they are immune from liability for decedent Cecilia

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.6.

**ELEVENTH AFFIRMATIVE DEFENSE**

As an eleventh affirmative defense, as to Plaintiffs' claims brought under California law for failure to provide medical care to decedent Cecilia Covarrubias, County Defendants allege that they are immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 855.8.

**TWELFTH AFFIRMATIVE DEFENSE**

As a twelfth affirmative defense, as to Plaintiffs' claims brought under California law, County Defendants allege that they are immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.

**THIRTEENTH AFFIRMATIVE DEFENSE**

As a thirteenth affirmative defense, as to Plaintiffs' claims brought under California law, County Defendants allege that they are immune from liability for decedent Cecilia Covarrubias's and/or Plaintiffs' alleged injuries, if any, pursuant to California Government Code section 856.4.

**FOURTEENTH AFFIRMATIVE DEFENSE**

As a fourteenth affirmative defense, County Defendants assert that Plaintiffs are barred from any recovery from County Defendants to the extent that damage or injury proved to have been sustained by decedent Cecilia Covarrubias and/or Plaintiffs was the direct and proximate result of the independent negligence, indifference, and/or unlawful conduct of independent third parties, their agents or employees, and not any act, error, or omission on the part of County Defendants.

///

///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

WHEREFORE, County Defendants pray as follows:

1. That Plaintiffs take nothing by reason of their Second Amended Complaint as against County Defendants and that judgment be rendered in favor of County Defendants;

2. That County Defendants be awarded their costs of suit incurred in defense of this action;

3. That County Defendants be awarded their reasonable attorneys' fees incurred in defense of this action pursuant to 42 U.S.C. section 1988 and California Code of Civil Procedure section 1021.7, and their reasonable defense costs, as defined by and pursuant to, California Code of Civil Procedure section 1038; and

4. For such other relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

County Defendants demand a trial by jury pursuant to Federal Rule of Civil Procedure 38.

Dated: Sept. 1, 2026

Respectfully submitted,

RACHEL VAN MULLEM
COUNTY COUNSEL

By: /S/ - Mary Pat Barry
MARY PAT BARRY
Senior Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA, CAMRYN DURNIN-MOORE, ANTONIO MADRIGAL, JOAQUIN QUINTERO, RAYMUNDO ESTRADA, SAMANTHA HANSEN, KAYLA FORTENBERRY, TRAVIS TAYLOR, and JESSICA LOPEZ