Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC.; and YALDA SAFAI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN;

CASE NO. 2:25-cv-10749-FLA-MAA

**STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC AND YALDA SAFI TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| Complaint Filed: | November 7, 2025 |
| 1st Am. Comp. Filed: | November 25, 2025 |
| 2nd Am. Comp. Filed: | July 31, 2026 |
| Trial Date: | August 3, 2027 |

KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,

Defendants.

Plaintiffs, P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS, who bring suit in their capacities and as successors-in-interest to CECILIA COVARRUBIAS; and Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC.; and YALDA SAFAI (collectively referred to as "Wellpath Defendants") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**RECITALS**

A. On November 7, 2025, Plaintiffs filed this lawsuit. See ECF No. 1.

B. On November 25, 2025, Plaintiffs filed a First Amended Complaint. See ECF No. 10.

C. On July 31, 2026, Plaintiffs filed a Second Amended Complaint naming Wellpath Defendants, among other non-appearing defendants. See ECF No. 29.

D. On or about August 28, 2026, Wellpath Defendants were served with the Second Amended Complaint making their response due September 18, 2026.

E. As of this stipulation, several newly named defendants have yet to be served.

F. On September 14, 2026, Plaintiffs' counsel, Benjamin Levine, spoke with Defendants' counsel, Gregory T. Fayard, who represents Wellpath Defendants. Mr. Fayard advised he is seeking and will obtain authority to accept service of process for

unserved individual Wellpath Defendants Amanda Occhipinti and Deborah Wells, who are current employees of CFMG, Inc.

G. Accordingly, the parties stipulate that the Wellpath Defendants and defendants Occhipinti and Wells once served have until October 19, 2026 to respond to the Second Amended Complaint.

H. The individual Wellpath defendants also agree to sit for deposition prior to the Fact Discovery cutoff.

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court grant the Wellpath Defendants, and defendants Occhipinti and Wells, once service is accepted, an extension of time to and including October 19, 2026 file their responsive pleading.

Dated: September 16, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Gregory T. Fayard*
Paul A. Cardinale
Gregory T. Fayard
Subreen K. Sandhu
Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC. and YALDA SAFAI

Dated: September 16, 2026

**LAW OFFICES OF DALE K. GALIPO**

*/s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs