Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC.; and YALDA SAFAI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO

CASE NO. 2:25-cv-10749-FLA-MAA

**[PROPOSED] ORDER TO CONTINUE DEADLINE FOR DEFENDANTS WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC AND YALDA SAFI TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| Complaint Filed: | November 7, 2025 |
| 1st Am. Comp. Filed: | November 25, 2025 |
| 2nd Am. Comp. Filed: | July 31, 2026 |
| Trial Date: | August 3, 2027 |

JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,

Defendants.

## [PROPOSED] ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, the Wellpath Defendants', and Defendants Occhipinti and Wells once service is accepted, responsive pleading deadline is hereby continued to October 19, 2026.

Dated: _______________

_______________________________
HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE