**POS-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074)
Benjamin S. Levine, Esq. (SBN 342060)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com
ATTORNEY FOR *(Name):* Plaintiffs

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT**

STREET ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: P.C., a minor by and through her guardian Felix Carrasco III, et al.
DEFENDANT/RESPONDENT: County Of Santa Barbara; et al.

CASE NUMBER: 2:25-cv-10749-FLA-MAA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2631548R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **SUMMONS ON SECOND AMENDED COMPLAINT;SECOND AMENDED COMPLAINT;CERTIFICATION AND NOTICE OF INTERESTED PARTIES;CIVIL COVER SHEET;NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE;STANDING ORDER;ORDER SETTING SCHEDULING CONFERENCE;**
3. a. Party served *(specify name of party as shown on documents served):*
   **Yalda Safai**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served: **1212 North Vermont Avenue**
   **Los Angeles, CA 90029**
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **9/2/2026** at *(time):* **11:21 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **"Jane Doe", Manager**
   **Age: 30 yrs. | Weight: 130 lbs. | Hair: black | Sex: Male | Height: 5'3" | Eyes: brown | Race: Asian**
   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **9/3/2026** from *(city):* **Los Angeles, CA** **or** ☐ a declaration of mailing is attached.
   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: **P.C., a minor by and through her guardian Felix Carrasco III, et al.**<br>Defendant: **County Of Santa Barbara; et al.** | CASE NUMBER:<br>**2:25-cv-10749-FLA-MAA** |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **Individual**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
a. Name: **Erika Garcia - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 160.49**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ registered California process server:
(i) ☐ owner ☑ employee ☐ independent contractor.
(ii) Registration No.: **2019206319**
(iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/3/2026**

**Erika Garcia**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(Signature - Per CC §1633.7)

# DECLARATION OF DUE-DILIGENCE

CASE NAME: **P.C., a minor by and through her guardian Felix Carrasco III, et al.**
v.
**County Of Santa Barbara; et al.**

CASE NUMBER: **2:25-cv-10749-FLA-MAA**

I am and was on the dates herein mentioned, over the age of 18 years and not a party to the action. I received the within process on August 27, 2026 and after due and diligent effort, I have been unable to effect personal service of the following document(s) on the within named: **SUMMONS ON SECOND AMENDED COMPLAINT;SECOND AMENDED COMPLAINT;CERTIFICATION AND NOTICE OF INTERESTED PARTIES;CIVIL COVER SHEET;NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE;STANDING ORDER;ORDER SETTING SCHEDULING CONFERENCE;**

Name: **Yalda Safai**

1st Address: **1212 North Vermont Avenue
Los Angeles, CA 90029**

Dates and times of attempts with reported details are listed below:

| Date | Time | Server | Result |
|---|---|---|---|
| 8/28/2026 | 11:37 AM | Marco T. Samayoa | I arrived at the address given for service of process. The address corresponds to a business. I spoke with Dr. Chain Rochester who went to went to the back and spoke with the subject. Upon return Dr. Chain Rochester stated the subject provided authorization to leave the documents as she was busy in a meeting. I left a copy of the documents with Dr. Chain Rochester. |
| 8/31/2026 | 12:42 PM | Bobbie A. Ascate | I arrived at the address given for service of process. I spoke with the front desk who stated the subject works off site and its best to serve her at her residence. They refused to accept service. |
| 9/2/2026 | 11:21 AM | Erika Garcia | I arrived at the address given for service of process. I performed substituted service upon "Jane Doe" (Asian female, 30s, 5'3", 130 lbs., black hair, brown eyes), Manager on behalf of Yalda Safai. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2026 at Los Angeles, California.

Process Server for
**Ace Attorney Service, Inc.**
800 S. Figueroa Street, Suite 900
Los Angeles, CA 90017
(213) 623-3979

**Bobbie A. Ascate**

Erika Garcia

**Marco T. Samayoa**



Order#: 2631548/POS5