POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Dale K. Galipo, Esq. (SBN 144074)
Benjamin S. Levine, Esq. (SBN 342060)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com
ATTORNEY FOR *(Name)*: Plaintff

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT**
STREET ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: P.C., a minor by and through her guardian Felix Carrasco III, et al.
DEFENDANT/RESPONDENT: County Of Santa Barbara; et al.

CASE NUMBER: 2:25-cv-10749-FLA-MAA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2631557R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS ON SECOND AMENDED COMPLAINT;SECOND AMENDED COMPLAINT;CERTIFICATION AND NOTICE OF INTERESTED PARTIES;CIVIL COVER SHEET;NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE;STANDING ORDER;ORDER SETTING SCHEDULING CONFERENCE;**
3. a. Party served *(specify name of party as shown on documents served)*:
   **WELLPATH**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Cogency Global, Inc., Registered Agent for Service of Process, by serving Alex Gonzales, authorized agent of service of process**
4. Address where the party was served: **Cogency Global**
   **1325 J Street, Suite 1550**
   **Sacramento, CA 95814**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/28/2026** (2) at *(time)*: **11:48 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Plaintiff: **P.C., a minor by and through her guardian Felix Carrasco III, et al.**<br>Defendant: **County Of Santa Barbara; et al.** | CASE NUMBER:<br>**2:25-cv-10749-FLA-MAA** |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **WELLPATH**
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FCRP 4(h)(1)**

7. **Person who served papers**
a. Name: **Justin Rossi - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 133.74**
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.: **2026-091**
(iii) County: **SACRAMENTO**

**8.** ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **9/4/2026**

**Justin Rossi**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(Signature - Per CC §1633.7)