UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., *et al.*,<br>Plaintiffs,<br>v.<br>COUNTY OF SANTA BARBARA, *et al.*,<br>Defendants. | Case No. 2:25-cv-10749-FLA (MAAx)<br>**ORDER APPROVING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC; AND YALDA SAFI TO FILE RESPONSIVE PLEADING [DKT. 43]** |

On September 16, 2026, the parties filed a Stipulation to extend the deadline to file a responsive pleading to the Second Amended Complaint to October 19, 2026. Dkt. 43.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS that responsive pleadings to the Second Amended Complaint are due by October 19, 2026.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge