Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC.; and YALDA SAFAI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN;

CASE NO. 2:25-cv-10749-FLA-MAA

**SECOND STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS WELLPATH, LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC AND YALDA SAFI TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| Complaint Filed: | November 7, 2025 |
| 1st Am. Comp. Filed: | November 25, 2025 |
| 2nd Am. Comp. Filed: | July 31, 2026 |
| Trial Date: | August 3, 2027 |

KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,

Defendants.

Plaintiffs, P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS, who bring suit in their capacities and as successors-in-interest to CECILIA COVARRUBIAS; and Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC.; and YALDA SAFAI (collectively referred to as "Wellpath Defendants") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

## RECITALS

A. On November 7, 2025, Plaintiffs filed this lawsuit. See ECF No. 1.

B. On November 25, 2025, Plaintiffs filed a First Amended Complaint. See ECF No. 10.

C. On July 31, 2026, Plaintiffs filed a Second Amended Complaint naming Wellpath Defendants, among other non-appearing defendants. See ECF No. 29.

D. On or about August 28, 2026, Wellpath Defendants were served with the Second Amended Complaint making their response due September 18, 2026.

E. Plaintiffs and Wellpath, LLC, California Forensic Medical Group, Inc. (CFMG) and Yalda Safai stipulated to continuing their responsive pleading to October 19, 2026, which the court adopted. See ECF No. 47.

F. As of this stipulation, several newly named defendants have yet to be served.

Counsel for the Wellpath Defendants intends to represent the other non-served current and former CFMG employees once served and once they provide consent.

G. On October 14, 2026, Plaintiffs' counsel, Benjamin Levine, spoke with Defendants' counsel, Gregory T. Fayard, who represents Wellpath Defendants and met and conferred as to the merits of two causes of action and whether Wellpath LCC is a proper defendant given a recent bankruptcy discharge. Mr. Fayard advised he would accept service of process for unserved individual Wellpath Defendants Amanda Occhipinti and Deborah Wells, who are current employees of CFMG, Inc. with said service not occurring yet. Mr. Fayard further explained it is likely he will represent former CFMG employees once served but he could not accept service for former employees. They further discussed CFMG's participation in the case by attending depositions before formerly appearing in the case and CFMG agreed to do so.

H. Given that CFMG through its counsel will participate in depositions in October and November 2026 so as to not delay the case, and given some CFMG defendants have not yet been served, and given the need for additional time to meet and confer as to Wellpath as a defendant in light of a bankruptcy as well as the merits of two claims, it makes sense to continue CMFG's responsive pleading deadline one month so that hopefully one response is filed as opposed to several separate responses. Accordingly, the parties stipulate that the Wellpath Defendants and defendants Occhipinti and Wells, once served, have until November 18, 2026 to respond to the Second Amended Complaint.

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court grant the Wellpath Defendants, and defendants Occhipinti and Wells, once service is accepted, an extension of time to and including November 18, 2026 to file their responsive pleading.

Dated: October 19, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Gregory T. Fayard*
Paul A. Cardinale
Gregory T. Fayard
Subreen K. Sandhu

Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"); CALIFORNIA FORENSIC MEDICAL GROUP, INC. and YALDA SAFAI

Dated: October 19, 2026

**LAW OFFICES OF DALE K. GALIPO**

*/s/ Benjamin S. Levine*

Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs