POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074); Benjamin S. Levine (SBN 342060)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO.: (818) 347-4118 | E-MAIL ADDRESS dalekgalipo@yahoo.com
ATTORNEY FOR *(Name)*: Plaintiffs:

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 92701
BRANCH NAME: Central District of California - Western Division

PLAINTIFF/PETITIONER: P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; et al.
DEFENDANT/RESPONDENT: COUNTY OF SANTA BARBARA; et al.

CASE NUMBER: 2:25-cv-10749-FLA-MAA

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS ON SECOND AMENDED COMPLAINT; SECOND AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE; STANDING ORDER; ORDER SETTING SCHEDULING CONFERENCE**
3. a. Party served *(specify name of party as shown on documents served)*:
   **Joe Gonzalez**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4.! Address where the party was served:! **2005 Elise Way**
   **Santa Barbara, CA 93109**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to! receive service of process for the party (1) on!*(date)*:**10/27/2026** (2) at!*(time)*:**12:49 PM**
   b. ☐ **by substituted service.** On!*(date)*:at! *(time)*: I left the documents listed in item 2 with or!in the presence of! *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Plaintiff: P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; et al.<br>Defendant: COUNTY OF SANTA BARBARA; et al. | CASE NUMBER:<br>2:25-cv-10749-FLA-MAA |
|---|---|

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☐ On behalf of *(specify)*:
under the following Code of Civil Procedure section:

☐ 416.10 (corporation)
☐ 416.20 (defunct corporation)
☐ 416.30 (joint stock company/association)
☐ 416.40 (association or partnership)
☐ 416.50 (public entity)
☐ 415.95 (business organization, form unknown)
☐ 416.60 (minor)
☐ 416.70 (ward or conservatee)
☐ 416.90 (authorized person)
☐ 415.46 (occupant)
☑ other: **FRCP 4(e)(2)(B)**

7. **Person who served papers**
a. Name: Jose Gonzalez
b. Address: 227 W. Lolita Lane #6 Santa Maria, CA 93458
c. Telephone number: (805) 260-2655
d. **The fee** for service was: $400.00
e. I am:

(1) ☑ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☐ registered California process server:
(i) ☐ owner ☐ employee ☐ independent contractor.
(ii) Registration No.:
(iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/28/2026**

**Jose Gonzalez** — Jose Gonzalez

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) (Signature - Per CC §1633.7)