**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,

Plaintiffs,

v.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS;

Case No. 2:25-cv-10749-FLA-MAA

*Hon. Fernando L. Aenlle-Rocha*

**STIPULATION TO DISMISS DEFENDANT WELLPATH FROM THIS ACTION, AND TO DISMISS PLAINTIFF'S CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT (COUNT 6) AND GOV. CODE § 845.6 (COUNT 8) AS AGAINST DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., ERICA COOLMAN, AMANDA OCCHIPINTI, DEBORAH WELLS, JOE GONZALEZ, AND YALDA SAFAI ONLY**

Fed. R. Civ. P. 41(a)(2)

[*Proposed Order filed concurrently herewith*]

JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1 through 10, inclusive,

Defendants.

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs P.C., A.C., and F.C., and Defendants Wellpath,[1] California Forensic Medical Group, Inc. ("CFMG"), Amanda Occhipinti, Deborah Wells, and Yalda Safai ("CFMG Defendants") (collectively, "the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiffs filed their Complaint on November 7, 2025. [Dkt. 1.] Plaintiffs then filed a First Amended Complaint on November 25, 2025, to correct a clerical issue. [Dkt. 10.] Plaintiffs then filed a Second Amended Complaint, which remains the operative complaint, on July 31, 2026, to name as additional defendants all of the defendants who are currently named in this action besides Defendant County of Santa Barbara, which had already been named. [Dkt. 29; *see* Dkt. 27.]
2. Plaintiffs agree to dismiss Wellpath as a defendant in this action without prejudice.
3. Plaintiffs agree to dismiss their claims under the Americans with Disabilities Act (Count 6) and for Failure to Summon Medical Care under California Government Code § 845.6 (Count 8), and only those claims, as against Defendants California Forensic Medical Group, Inc., Erica Coolman, Amanda Occhipinti, Deborah Wells, Joe Gonzalez, and Yalda Safai only ("CFMG Defendants"), without prejudice. Except as to Defendant Wellpath, this stipulation does not seek the dismissal of any other claims, or of claims against any other defendant, besides those identified in this paragraph.

/ / /

---

[1] Wellpath, LLC, is erroneously identified as "Wellpath" in the operative complaint.

4. CFMG Defendants agree that, in this action, they will not argue or contend in any manner that Wellpath, rather than CFMG, is the correct defendant that provided mental health and medical services to the Santa Barbara County Jail.
5. CFMG Defendants agree that CFMG, and not Wellpath, is the proper defendant entity in this action concerning the provision, or alleged lack thereof, of medical and/or mental health care to Plaintiffs' decedent, Cecilia Covarrubias, at the Santa Barbara County jail during the period described in Plaintiffs' operative complaint.
6. CFMG Defendants agree that in November 2024, Defendants Amanda Occhipinti, Deborah Wells, Erica Coolman, and Joe Gonzalez were employees of CFMG.
7. CFMG Defendants agree that CFMG is not encompassed by any bankruptcy petition filed by Wellpath or applicable discharge order, and that any bankruptcy proceedings involving Wellpath or resulting court orders do not apply to CFMG. CFMG Defendants agree that, in this action, they will not argue or contend in any manner that any bankruptcy proceedings or resulting court orders pertaining to Wellpath apply to or encompass CFMG, or that any such bankruptcy proceedings or resulting court orders prevent CFMG from paying any settlement or judgment in this action, if any.

/ / /

/ / /

/ / /

8. Plaintiffs and CFMG Defendants respectfully request that the Court issue an order of dismissal as to Defendant Wellpath and of partial dismissal as to the claims and parties addressed in Paragraph 3 above, and confirming the other terms of this stipulation set forth in the concurrently filed Proposed Order.

**IT IS SO STIPULATED**.

Dated: November 11, 2026 LAW OFFICES OF DALE K. GALIPO

By *__/s/ Benjamin S. Levine__________*
DALE K. GALIPO
BENJAMIN S. LEVINE[2]
*Attorneys for Plaintiffs*

Dated: November 11, 2026 MEDICAL DEFENSE LAW GROUP

By */s/ Gregory T. Fayard__________*
PAUL A. CARDINALE
GREGORY T. FAYARD
SUBREEN K. SANDHU
*Attorneys for Defendants WELLPATH, LLC (erroneously named as "WELLPATH"), CALIFORNIA FORENSIC MEDICAL GROUP, INC., AMANDA OCCHIPINTI, DEBORAH WELLS and YALDA SAFAI*

---

[2] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.