UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,

Plaintiffs,

v.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:25-cv-10749-FLA-MAA

**(PROPOSED) ORDER GRANTING STIPULATION TO DISMISS DEFENDANT WELLPATH FROM THIS ACTION, AND TO DISMISS PLAINTIFF'S CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT (COUNT 6) AND GOV. CODE § 845.6 (COUNT 8) AS AGAINST DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., ERICA COOLMAN, AMANDA OCCHIPINTI, DEBORAH WELLS, JOE GONZALEZ, AND YALDA SAFAI ONLY**

# [PROPOSED] ORDER

On November 11, 2026, Plaintiffs and Defendants Wellpath, California Forensic Medical Group, Inc. ("CFMG"), Amanda Occhipinti, Deborah Wells, and Yalda Safai ("Represented CFMG Defendants") filed a Stipulation to, among other things, dismiss Wellpath as a defendant in this action and dismiss certain claims as against the remaining Represented CFMG Defendants, as well as Defendants Joe Gonzalez and Erica Coolman.

The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims in this action are DISMISSED as against Defendant Wellpath only, without prejudice.
2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' claims under the Americans with Disabilities Act (Count 6) and for Failure to Summon Medical Care under California Government Code section 845.6 (Count 8), and only those claims, are DISMISSED as against Defendants California Forensic Medical Group, Inc., Erica Coolman, Amanda Occhipinti, Deborah Wells, Joe Gonzalez, and Yalda Safai only, without prejudice.
3. In this action, CFMG Defendants will not argue or contend that Wellpath, rather than CFMG, is the correct defendant that provided mental health and medical services to the Santa Barbara County Jail. Plaintiffs and CFMG Defendants agree that Defendant CFMG, and not Wellpath, is the proper defendant entity in this action concerning the provision, or alleged lack thereof, of medical and/or mental health care to Plaintiffs' decedent, Cecilia Covarrubias, at the Santa Barbara County jail during the period described in Plaintiffs' operative complaint.

4. In November 2024, Defendants Amanda Occhipinti, Deborah Wells, Erica Coolman, and Joe Gonzalez were employees of Defendant CFMG.
5. Plaintiffs and CFMG Defendants agree that, for purposes of this action, Defendant CFMG is not encompassed by any bankruptcy by Defendant Wellpath, and any bankruptcy proceedings involving Wellpath or resulting court orders do not apply to Defendant CFMG. In this action, CFMG Defendants will not argue or contend in any manner that any bankruptcy proceedings or resulting court orders pertaining to Wellpath apply to or encompass Defendant CFMG, or that any such bankruptcy proceedings or resulting court orders prevent Defendant CFMG from paying any settlement or judgment in this action, if any

IT IS SO ORDERED.

Dated:

______________________________
FERNANDO L. AENLLE-ROCHA
United States District Judge