Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; AMANDA OCCHIPINTI; DEBORAH WELLS and YALDA SAFAI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,

Defendants.

CASE NO. 2:25-cv-10749-FLA-MAA

**DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., AMANDA OCHIPINTI, DEBORAH WELLS, and YALDA SAFAI'S ANSWER TO SECOND AMENDED COMPLAINT**

Complaint Filed: November 7, 2025
1st Am. Comp. Filed: November 25, 2025
2nd Am. Comp. Filed: July 31, 2026
Trial Date: August 3, 2027

Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., AMANDA OCCHIPINTI, DEBORAH WELLS, and YALDA SAFAI (hereinafter referred to as "Answering Defendants"), by and through their counsel, MEDICAL DEFENSE LAW GROUP, hereby answer the Plaintiffs' Second Amended Complaint ("SAC") on file herein, and admit, deny, and allege as follows:

## INTRODUCTION

1. Answering Paragraph 1 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein. Answering Defendants deny that Plaintiffs are entitled to compensatory and punitive damages. Answering Defendants deny that they violated decedent's and/or Plaintiffs' rights under the United States Constitution or pursuant to California law.

## JURISDICTION AND VENUE

2. Answering Paragraph 2 of Plaintiffs' SAC, Answering Defendants admit that 28 U.S.C. § 1367 allows the federal court to have supplemental jurisdiction over claims arising under state law but do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegation that such supplemental jurisdiction applies in this matter and, upon said ground, deny the allegations contains therein.

3. Answering Paragraph 3 of Plaintiffs' SAC, Answering Defendants admit that Santa Barbara County is within the Central District of California. Answering Defendants deny any and all allegations of and any and all liability for the injuries claimed by Plaintiffs.

4. Answering Paragraph 4 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

## PARTIES

5. Answering Paragraph 5 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the

allegations therein and, upon said ground, deny each and every allegation contained therein.

6. Answering Paragraph 6 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

7. Answering Paragraph 7 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

8. Answering Paragraph 8 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

9. Answering Paragraph 9 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

10. Answering Paragraph 10 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

11. Answering Paragraph 11 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

12. Answering Paragraph 12 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the

allegations therein and, upon said ground, deny each and every allegation contained therein.

13. Answering Paragraph 13 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

14. Answering Paragraph 14 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

15. Answering Paragraph 15 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

16. Answering Paragraph 16 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

17. Answering Paragraph 17 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

18. Answering Paragraph 18 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

19. Answering Paragraph 19 of Plaintiffs' SAC, Answering Defendants admit that Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. was and is a corporate

entity duly organized under and by virtue of the laws of the state of California contracted with the County of Santa Barbara to provide medical and mental health services to detainees and inmates in the County's custody. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

20. Answering Paragraph 20 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

21. Answering Paragraph 21 of Plaintiffs' SAC, Answering Defendants admit that Defendant AMANDA OCCHIPINTI is a registered nurse employed by Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

22. Answering Paragraph 22 of Plaintiffs' SAC, Answering Defendants admit that Defendant AMANDA OCCHIPINTI is a mental health clinician employed by Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

23. Answering Paragraph 23 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

24. Answering Paragraph 24 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the

allegations therein and, upon said ground, deny each and every allegation contained therein.

25. Answering Paragraph 25 of Plaintiffs' SAC, Answering Defendants admit that Defendant YALDA SAFAI is a medical doctor who provides mental health services for the Santa Barbara County Jail as an independent contractor. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

26. Answering Paragraph 26 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

27. Answering Paragraph 27 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

28. Answering Paragraph 28 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

29. Answering Paragraph 29 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

30. Answering Paragraph 30 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

31. Answering Paragraph 31 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

32. Answering Paragraph 32 of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

## COMMON ALLEGATIONS

33. Answering Paragraph 33 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiff's SAC and incorporate the same by reference as though fully set forth herein.

34. Answering Paragraph 34, of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

35. Answering Paragraph 35, of Plaintiffs' SAC, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations therein and, upon said ground, deny each and every allegation contained therein.

36. Answering Paragraph 36, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

37. Answering Paragraph 37, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations

contained in Paragraph 36 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

38. Answering Paragraph 38, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

39. Answering Paragraph 39, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

40. Answering Paragraph 40, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

41. Answering Paragraph 41, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

42. Answering Paragraph 42, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

43. Answering Paragraph 43, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations contained in Paragraph 43 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

44. Answering Paragraph 44, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

45. Answering Paragraph 45, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations contained in Paragraph 45 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

46. Answering Paragraph 46, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

47. Answering Paragraph 47, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

48. Answering Paragraph 48, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations contained in Paragraph 48 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

49. Answering Paragraph 49, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

50. Answering Paragraph 50, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations contained in Paragraph 50 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants deny each and every allegation contained therein.

51. Answering Paragraph 51, of Plaintiffs' SAC, Answering Defendants hereby state that the medical records speak for themselves. To the extent that the allegations

contained in Paragraph 50 of Plaintiffs' SAC are factually inconsistent with, differ from, extrapolate upon, misstate, or misconstrue the medical records, Answering Defendants do not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein. As to the remaining allegations contained in this Paragraph, Answering Defendants deny each and every allegation contained therein.

52. Answering Paragraph 52, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

53. Answering Paragraph 53, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

54. Answering Paragraph 54, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

55. Answering Paragraph 55, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

56. Answering Paragraph 56, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

57. Answering Paragraph 57, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these

Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

58. Answering Paragraph 58, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

59. Answering Paragraph 59, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

60. Answering Paragraph 60, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

61. Answering Paragraph 61, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

62. Answering Paragraph 62, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

63. Answering Paragraph 63, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

64. Answering Paragraph 64, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

65. Answering Paragraph 65, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

66. Answering Paragraph 66, of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

67. Answering Paragraph 67, of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

### Fourteenth Amendment – Failure to Protect (42 USC § 1983)

### (Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)

68. Answering Paragraph 68 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

69. Answering Paragraph 69 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

70. Answering Paragraph 70 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

71. Answering Paragraph 71 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these

Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

72. Answering Paragraph 72 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

73. Answering Paragraph 73 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

74. Answering Paragraph 74 of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

75. Answering Paragraph 75 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

76. Answering Paragraph 76 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these

Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

77. Answering Paragraph 77 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

78. Answering Paragraph 78 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

79. Answering Paragraph 79 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

80. Answering Paragraph 80 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

81. Answering Paragraph 81 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein.

82. Answering Paragraph 82 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

**SECOND CLAIM FOR RELIEF**

**Fourteenth Amendment – Denial of Medical Care (42 USC § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

83. Answering Paragraph 83 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

84. Answering Paragraph 84 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

85. Answering Paragraph 85 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

86. Answering Paragraph 86 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these

Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

87. Answering Paragraph 87 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

88. Answering Paragraph 88 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

89. Answering Paragraph 89 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

90. Answering Paragraph 90 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

91. Answering Paragraph 91 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

92. Answering Paragraph 92 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

93. Answering Paragraph 93 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

94. Answering Paragraph 94 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

95. Answering Paragraph 95 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon

which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

96. Answering Paragraph 96 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

97. Answering Paragraph 97 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

98. Answering Paragraph 98 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein.

99. Answering Paragraph 99 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

## THIRD CLAIM FOR RELIEF

**First and Fourteenth Amendments – Substantive Due Process, Interference with Familial Association and Relationship (42 USC § 1983)**

**(Plaintiffs against Defendants DURNIN-MOORE, MADRIGAL, QUINTERO, ESTRADA, HANSEN, FORTENBERRY, TAYLOR, COOLMAN, OCCHIPINTI, WELLS, GONZALEZ, LOPEZ, SAFAI, and DOES 1-10)**

100. Answering Paragraph 100 of Plaintiffs' SAC, Answering Defendants hereby

restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

101. Answering Paragraph 101 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

102. Answering Paragraph 102 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

103. Answering Paragraph 103 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

104. Answering Paragraph 104 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

105. Answering Paragraph 105 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph,

Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

106. Answering Paragraph 106 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

107. Answering Paragraph 107 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein.

108. Answering Paragraph 108 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 USC § 1983)

### (By Plaintiffs against Defendant COUNTY)

109. Answering Paragraph 109 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

110. Although it appears the allegations contained in Paragraph 110 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 110 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth

of the allegations stated and, upon said ground, deny each and every allegation contained therein.

111. Although it appears the allegations contained in Paragraph 111 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 111 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

112. Although it appears the allegations contained in Paragraph 112 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 112 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

113. Although it appears the allegations contained in Paragraph 113 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 113 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

114. Although it appears the allegations contained in Paragraph 114 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph

114 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

115. Although it appears the allegations contained in Paragraph 115 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 115 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

116. Although it appears the allegations contained in Paragraph 116 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 116 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

117. Answering Paragraph 117 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

///

## FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Policy, or Practice**

**(42 USC § 1983)**

**(By Plaintiffs against Defendant COUNTY)**

118. Answering Paragraph 118 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

119. Answering Paragraph 119 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

120. Answering Paragraph 120 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

121. Answering Paragraph 121 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

122. Although it appears the allegations contained in Paragraph 122 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 122 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained

therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

123. Although it appears the allegations contained in Paragraph 123 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 123 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

124. Although it appears the allegations contained in Paragraph 124 are not plead against these Answering Defendants, out of an abundance of caution, answering Paragraph 124 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

125. Answering Paragraph 125 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

///

///

## SIXTH CLAIM FOR RELIEF

**Americans with Disabilities Act (42 USC § 12132)**

**(By Plaintiffs against Defendants COUNTY, WELLPATH, and CFMG)**

126. Answering Paragraph 126 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

127. Answering Paragraph 127 of Plaintiffs' SAC, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

128. Answering Paragraph 128 of Plaintiffs' SAC, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

129. Answering Paragraph 129 of Plaintiffs' SAC, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

130. Answering Paragraph 130 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

131. Answering Paragraph 131 of Plaintiffs' SAC, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

132. Answering Paragraph 132 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

133. Answering Paragraph 133 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

134. Answering Paragraph 134 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state by stipulation this claim has been dismissed as to CFMG and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

## SEVENTH CLAIM FOR RELIEF

**Negligence – Wrongful Death and Survival**

**(By Plaintiffs against All Defendants)**

135. Answering Paragraph 135 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

136. Answering Paragraph 136 of Plaintiffs' SAC, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to

the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

137. Answering Paragraph 137 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

138. Answering Paragraph 138 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

139. Answering Paragraph 139 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

140. Answering Paragraph 140 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

///

///

///

## EIGHTH CLAIM FOR RELIEF

**Failure to Summon Medical Care (Cal. Gov. Code § 845.6)**

**(Against All Defendants)**

141. Answering Paragraph 141 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

142. Answering Paragraph 142 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

143. Answering Paragraph 143 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

144. Answering Paragraph 144 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

145. Answering Paragraph 145 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these

Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

146. Answering Paragraph 146 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

147. Answering Paragraph 147 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state by stipulation this claim has been dismissed as to Answering Defendants and they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

## NINTH CLAIM FOR RELIEF

**Bane Act (Cal. Gov. Code § 52.1)**

**(By Plaintiffs against All Defendants)**

148. Answering Paragraph 148 of Plaintiffs' SAC, Answering Defendants hereby restate their responses to each and every Paragraph of Plaintiffs' SAC, and incorporate the same by reference as though fully set forth herein.

149. Answering Paragraph 149 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of

the allegations and, upon said ground, deny each and every allegation contained therein.

150. Answering Paragraph 150 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

151. Answering Paragraph 151 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

152. Answering Paragraph 152 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

153. Answering Paragraph 153 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

154. Answering Paragraph 154 of Plaintiffs' SAC, Answering Defendants deny each and every allegation contained therein.

155. Answering Paragraph 155 of Plaintiffs' SAC, Answering Defendants deny

each and every allegation contained therein insofar as the allegations are directed at these Answering Defendants. As to the remaining allegations contained in this Paragraph, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations stated and, upon said ground, deny each and every allegation contained therein.

156. Answering Paragraph 156 of Plaintiffs' SAC, Answering Defendants hereby state that this Paragraph states a legal conclusion for which no response is necessary. To the extent that a response is deemed necessary, Answering Defendants state they do not have sufficient knowledge or information upon which to form a belief as to the truth of the allegations and, upon said ground, deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' SAC does not state facts sufficient to constitute a cause of action against these Answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs and/or Decedent were negligent in some percentage compared to that of other parties, and said negligence contributed legally to any injuries or damages.

### THIRD AFFIRMATIVE DEFENSE

That other persons and/or entities who are parties to this action and other persons and/or entities who are not parties to this action are liable for legal fault and, should Plaintiffs obtain a judgment for damages, it would be the result of such conduct other than that of this Answering Defendants and the legal cause of any injuries or damages.

### FOURTH AFFIRMATIVE DEFENSE

That Plaintiffs and/or Decedent expressly assumed the risk of injury with full knowledge and appreciation of such conduct and that such conduct was the legal cause of any injuries and damages.

### FIFTH AFFIRMATIVE DEFENSE

That Plaintiffs and/or Decedent failed to exercise reasonable diligence to mitigate

any alleged damages and said conduct was the legal cause of any injuries and damages.

**SIXTH AFFIRMATIVE DEFENSE**

That Plaintiffs' SAC does not state facts sufficient to constitute a cause of action for punitive damages against these Answering Defendants.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs have failed to demonstrate that they exhausted the available administrative remedies as required under 42 USC § 1997e(a), as amended by the Prison Litigation Reform Act of 1996, and any other available administrative remedies.

**EIGHTH AFFIRMATIVE DEFENSE**

Answering Defendants are qualifiedly immune from civil damages because their conduct did not violate clearly established statutory constitutional rights of which a reasonable person would have known.

**NINTH AFFIRMATIVE DEFENSE**

Answering Defendants were not acting under color of law at the time they provided medical and mental health care and treatment to Plaintiffs.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the statute of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

Answering Defendants are protected from liability and suit by 42 United States Code § 1983 and, therefore, Plaintiffs are barred from any and all recovery from this Answering Defendants.

**TWELFTH AFFIRMATIVE DEFENSE**

Answering Defendants cannot fully anticipate all affirmative defenses that may be applicable to this action based upon the conclusory terms used in Plaintiffs' SAC. Accordingly, these Answering Defendants expressly reserve the right to assert additional defenses if and to the extent that such affirmative defenses become applicable.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' causes of action are barred by the doctrines of release, laches, waiver,

unclean hands, and estoppel.

## FOURTEENTH AFFIRMATIVE DEFENSE

Answering Defendants had the degree of knowledge, learning and skill ordinarily possessed by reputable members of the medical profession practicing in similar localities and under similar circumstances. Answering Defendants also used the knowledge, learning, skill, and care ordinarily used by reputable members of the medical profession practicing in similar localities and under similar circumstances, as well as reasonable diligence and their best judgment.

## FIFTEENTH AFFIRMATIVE DEFENSE

The liability of Answering Defendants, if any, for the non-economic damages of Plaintiffs pursuant to California Civil Code section 1431.2, if any, are limited in direct proportion to the percentage of fault attributed to these Answering Defendants, as found by the trier of fact, in comparison to the fault of other parties in this action (Proposition 51).

## SIXTEENTH AFFIRMATIVE DEFENSE

Answering Defendants may elect to have future damages, if any, paid in whole or in part, as specified and provided for in California Code of Civil Procedure sections 667 and 667.7.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Answering Defendants made, consistent with good medical practice, a full and complete disclosure to Plaintiffs and/or Decedent of all material facts known to them or reasonably believed by them to be true concerning decedent's physical condition and the appropriate alternative procedures available for treatment of such condition. Further, each and every service provided to Plaintiffs and/or Decedent by these Answering Defendants was expressly and impliedly consented to and authorized by Plaintiffs on the basis of the full and complete disclosure.

## EIGHTEENTH AFFIRMATIVE DEFENSE

A. Plaintiffs and/or Decedent would have consented to the procedure or the

treatment even if a reasonable person in their/her position might not if they/her had been given enough information about the risks.

B. Answering Defendants were not required to inform Plaintiffs and/or Decedent about any risks of the procedure or the treatment because they/her asked not to be told of the risks.

C. Answering Defendants were not required to inform Plaintiffs and/or Decedent about any risks of the procedure or the treatment because the procedure or the treatment was simple, and it was commonly understood any dangers were not likely to occur.

D. Answering Defendants were not required to inform Plaintiffs and/or Decedent about any risks of the procedure or the treatment because Plaintiffs and/or Decedent would have been so seriously upset that they/she would not have been able to reasonably consider those risks.

E. Answering Defendants were not required to obtain informed consent because an emergency existed, and Plaintiffs and/or Decedent were unconscious or there was not enough time to inform them/her or an authorized person about the risks of the procedure or the treatment.

**NINETEENTH AFFIRMATIVE DEFENSE**

This action is barred under, and by virtue of, the provisions of California Code of Civil Procedure sections 335.1 and 340.5 and these Answering Defendants hereby demand a separate trial of this defense in accordance with California Code of Civil Procedure section 597.5.

**TWENTIETH AFFIRMATIVE DEFENSE**

In all of the treatment provided to Plaintiffs and/or Decedent by these Answering Defendants, Plaintiffs and/or Decedent were fully informed of the risks inherent in such medical treatment and the risks inherent in his own failure to comply with medical instructions and did voluntarily assume all attendant risks.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Answering Defendants were not the proximate/legal cause of Plaintiffs' claimed

injuries and damages.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages can and did occur in the absence of negligence and/or deliberate indifference.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages were unforeseeable.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages were caused by forces of nature over which Answering Defendants had no liability, responsibility or control.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages were caused by new, independent, intervening or superseding causes over which these Answering Defendants had no liability, responsibility, or control.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages can and did occur in the absence of negligence.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages were solely the result of the natural course of a disease or condition, or the expected result of reasonable treatment provided for the disease or condition by these Answering Defendants.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs and/or Decedent failed to use ordinary care for the safety of their person and property, were negligent and careless concerning the matters set forth in Plaintiffs' SAC, and any damages suffered by them proximately resulted therefrom.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

Plaintiffs are barred from asserting any causes of action against these Answering Defendants because their claimed damages were the result of the intervening and/or superseding conduct of others over whom these Answering Defendants had no liability,

responsibility, or control.

**THIRTIETH AFFIRMATIVE DEFENSE**

The negligence, misconduct, and fault of Plaintiffs and/or Decedent exceeded that of these Answering Defendants and/or all Co-Defendants, if any, and Plaintiffs are therefore barred from any recovery.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

Answering Defendants would be severally liable for only the portion of Plaintiffs' damages that represent the percentage of negligence, fault, or legal responsibility, if any, attributed to these Answering Defendants. Answering Defendants would not therefore be responsible for the negligence, fault or legal responsibility attributed to Plaintiff and/or Co-Defendants, if any, whether or not served, and third persons not named as a plaintiff or defendant.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

Plaintiffs and/or Decedent failed, neglected, or refused to exercise efforts to mitigate their injuries and damages.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

Answering Defendants reserve the right to introduce evidence of any amounts paid, or to be paid, as a benefit to Plaintiffs, under and pursuant to California Civil Code section 3333.1 and claim the protection of California Civil Code section 3333.2.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

Answering Defendants have had to retain an attorney to defend them in this action and they are entitled to recover their attorney's fees and costs.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, as set forth in the SAC, are barred because Plaintiffs have failed to state any claim upon which relief can be granted in that negligence in diagnosing or treating a medical condition does not state a valid claim for a federal civil rights violation. *Parratt v. Taylor*, 451 U.S. 527 (1981).

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

Answering Defendants are not liable to Plaintiffs, in whole or in part, because the losses or harm that Plaintiffs have allegedly suffered were not caused by any act or omission of these Answering Defendants.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs failed to give notice to these Answering Defendants in connection with the filing of certain of the claims that require notice.

**THIRTY-EIGHTH AFFIRMATIVE DEFENSE**

Answering Defendants at all times acted in good faith and with reasonable grounds for believing that they had not violated federal or California law.

**THIRTY-NINTH AFFIRMATIVE DEFENSE**

The SAC, and each cause of action thereof, is barred because Plaintiffs failed to notify Answering Defendants of the alleged statutory violations at the time such violations allegedly occurred, which prevented Answering Defendants from taking any action to remedy such alleged violations.

**FORTIETH AFFIRMATIVE DEFENSE**

Answering Defendants do not have supervisory liability or vicarious liability for any act or omission alleged in Plaintiffs' Complaint.

**FORTY-FIRST AFFIRMATIVE DEFENSE**

This SAC is barred by the relevant portions of the California Government Code, including, but not limited to, sections 815, 815.2, 818.2, 820.2, 820.4, 820.6, 820.8, 821, 844.6, 845.6, 855.6, 855.8, 856, and 856.4.

**FORTY-SECOND AFFIRMATIVE DEFENSE**

Answering Defendants did not deprive Plaintiffs of any right, privilege or immunity guaranteed by the Constitution, the laws of the United States, and the laws of California.

**FORTY-THIRD AFFIRMATIVE DEFENSE**

Answering Defendants allege that the SAC fails to state a cause of action for violation of 42 U.S.C. § 1983 under *Monell v. Department of Social Services in the City of New York*,

436 U.S. 658 (1978). There can be no recovery for a federal civil rights violation when there is no constitutional deprivation occurring pursuant to governmental custom or policy. *Id.*

**FORTY-FOURTH AFFIRMATIVE DEFENSE**

Answering Defendants allege that at all relevant times, Answering Defendants and their agents or employees acted within the scope of their discretion, with due care and good faith fulfillment of their responsibilities in accordance with applicable Court orders, statutes, rules, regulations, and established and lawful policies and procedures, within the bounds of reason under all circumstances known to them, and with the good faith belief that their actions comported with all applicable federal and state laws, and they are therefore immune from liability.

**FORTY-FIFTH AFFIRMATIVE DEFENSE**

Answering Defendants allege that Plaintiffs did not state a claim for deliberate indifference to a serious medical or mental health need because a difference in opinion as to the need to pursue one course of treatment over another is insufficient as a matter of law to establish deliberate indifference, and Plaintiffs cannot show that the course of treatment chosen was medically unacceptable under the circumstances. *Jackson v. McIntosh*, 90 F.3d 330 (9th Cir. 1996); *Sanchez v. Vild*, 891 F.2d 240, 242 (9th Cir. 1989).

**FORTY-SIXTH AFFIRMATIVE DEFENSE**

Answering Defendants allege that they are not responsible for the alleged acts or omissions of their employees, if any, under a respondeat superior theory of liability. *Bd. of Cty. Comm'rs v. Brown,* 520 U.S. 397, 403 (1997).

**FORTY-SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims against WELLPATH, LLC, if any, are barred by the discharge injunction arising from Wellpath's bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas. Pursuant to 11 U.S.C. § 524, the discharge in bankruptcy operates as an injunction against the commencement or continuation of an action to collect, recover, or offset any debt discharged under the

Bankruptcy Code. Plaintiff has not complied with the applicable court orders for the Bankruptcy Court for the Southern District of Texas.

**FORTY-EIGHTH AFFIRMATIVE DEFENSE**

To the extent Plaintiffs seek to hold these Answering Defendants liable for the acts or omissions of WELLPATH, LLC based on any alleged agency, joint venture, or other relationship, such claims are barred by Wellpath's bankruptcy discharge.

**PRAYER FOR RELIEF**

**WHEREFORE,** Answering Defendants pray that Plaintiffs take nothing by reason of Plaintiffs' Second Amended Complaint on file herein, for costs of suit incurred herein; and, for such other and further relief as the court deems just and proper. Answering Defendants hereby also demand a trial by jury.

Dated: November 17, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Gregory T. Fayard*

Paul A. Cardinale
Gregory T. Fayard
Subreen K. Sandhu
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; AMANDA OCCHIPINTI; DEBORAH WELLS and YALDA SAFAI