# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

P.C., et al.

Plaintiff(s),

v.

COUNTY OF SANTA BARBARA, et al.

Defendant(s).

CASE NUMBER:

2:25−cv−10749−FLA−MAA

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 11/17/2028

Document No.: 55

Title of Document: RE Answer by Defendants California Forensic Medical Group, Inc., Amanda Occhipinti, Yalda Safai, Deborah Wells.

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 no notice of interested parties.

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 18, 2026

By: */s/ Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**