Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; YALDA SAFAI, AMANDA OCCHIPINTI and DEBORAH WELLS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO

CASE NO. 2:25-cv-10749-FLA-MAA

**STIPULATION TO MODIFY SCHEDULING AND TRIAL ORDER [ECF 26]; DECLARATION OF PAUL A. CARDINALE IN SUPPORT THEREOF; DECLARATION OF MARY PAT BARRY IN SUPPORT THEREOF**

Complaint Filed: November 7, 2025
1st Am. Comp. Filed: November 25, 2025
2nd Am. Comp. Filed: July 31, 2026
Trial Date: August 3, 2027

| |
|---|
| JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,<br><br>Defendants. |

Plaintiffs, P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS, who bring suit in their capacities and as successors-in-interest to CECILIA COVARRUBIAS (collectively "Plaintiffs"); and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; YALDA SAFAI, AMANDA OCCHIPINTI, DEBORAH WELLS (collectively "CFMG Defendants"); and Defendants COUNTY OF SANTA BARBARA, CAMRYN DURNIN-MOORE, ANTONIO RODRIGUEZ MADRIGAL, JOAQUIN ARRELLANO QUINTERO, RAYMONDO JESUS ESTRADA, SAMANTHA HANSEN, KAYLA FORTENBERRY, JESSICA LOPEZ and TRAVIS TAYLOR (collectively "Santa Barbara County Defendants") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**<u>RECITALS</u>**

A. On November 7, 2025, Plaintiffs filed this lawsuit. See ECF No. 1.

B. On November 25, 2025, Plaintiffs filed a First Amended Complaint. See ECF No. 10. Plaintiffs' First Amended Complaint named only one defendant – the County of Santa Barbara (the "County") - and 10 Doe defendants.

C. On March 23, 2026, Plaintiffs and the County filed their Joint Rule 26(f) Report See ECF No. 21.

D. On April 1, 2026, the Court issued its Scheduling and Trial Order. See ECF No. 26.

E. On July 31, 2026, Plaintiffs filed a Second Amended Complaint naming Wellpath, California Forensic Medical Group, Inc., Yalda Safai, Deborah Wells, Amanda Occhipinti, as well as Joe Gonzalez, Erica Coolman, Camryn Durnin-Moore, Antonio Madrigal, Joaquin Quintero, Raymondo Estrada, Samantha Hansen, Kayla Fortenberry, Travis Taylor, and Jessica Lopez. See ECF No. 29.

F. On August 11, 2026, Defendants Camryn Durnin-Moore, Antonio Madrigal, Joaquin Quintero, Raymundo Estrada, Samantha Hansen, Kayla Fortenberry, Travis Taylro, and Jessica Lopez acknowledged receipt of Summons and Complaint. See ECF Nos. 33-39, 42.

G. On or about August 28, 2026, Wellpath and California Forensic Medical Group, Inc., (CFMG) were served with the Second Amended Complaint making their response due September 18, 2026. See ECF Nos. 45 and 46.

H. On September 1, 2026, Defendants Durnin-Moore, Madrigal, Quintero, Estrada, Hansen, Fortenberry, Taylor, and Lopez filed their answer to the Second Amended Complaint. See ECF No. 41.

I. On or about September 2, 2026, Yalda Safai was served with the Second Amended Complaint making her response due September 23, 2026. See ECF No. 44.

J. Plaintiffs and Defendants Wellpath, CFMG, and Safai stipulated to continuing their responsive pleading to October 19, 2026, which the court adopted. See ECF No. 47.

K. On October 30, 2026, Plaintiffs filed Proof of Service of Summons on Defendant Joe Gonzalez on October 27, 2026. See ECF No. 51.

L. In contemplation of service of Defendants Amanda Occhipinti and Deborah Wells, Plaintiffs and the CFMG Defendants entered into a second stipulation to extend the CFMG Defendants' response to the Second Amended Complaint to November 18, 2026. See ECF No. 50.

M. On November 4, 2026 Plaintiffs prepared notices of acknowledgement of

receipt of summons and complaint for Defendants Occhipinti and Wells which defense counsel acknowledged on November 6, 2026 and were filed on November 11, 2026. See ECF Nos. 52 and 53.

N. On November 12, 2026, Plaintiffs and the CFMG Defendants entered into a stipulation to dismiss Wellpath from this action and Counts 6 and 8 as to the CFMG Defendants and defendants Gonzalez and Coolman. See ECF No. 54.

O. On November 17, 2026, the CFMG Defendants answered the Second Amended Complaint. See ECF No. 55.

P. On April 14, 2026, prior to the filing and service of the Second Amended Complaint on the CFMG Defendants, the Court issued a scheduling and trial order setting the trial for August 3, 2027, with the fact discovery cut off on January 8, 2027, and a deadline for initial expert disclosures on January 15, 2027. See ECF No. 26.

Q. Plaintiffs have deposed four party witnesses to date: Travis Taylor, Samantha Hansen, Kayla Fortenberry and Raymondo Estrada. The Parties anticipate at a minimum the following 13 additional party witnesses need to be deposed in this case: Plaintiffs P.C., A.C., F.C. and Felix Carrasco, III, and defendants Yalda Safai, Amanda Occhipinti, Deborah Wells, Joe Gonzalez, Erica Coolman, Camryn Durnin-Moore, Antonio Madrigal, Joaquin Quintero, and Jessica Lopez.

R. The Parties stipulate to the specific good cause to continue all dates in this case by six months, as set forth in the declarations of Paul A. Cardinale and Mary Pat Barry filed in support of this stipulation.

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court extend the scheduled dates in this case by six months as set forth in the proposed order.

Dated: November 19, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale*
Paul A. Cardinale
Gregory T. Fayard
Subreen K. Sandhu

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., YALDA SAFAI, AMANDA OCCHIPINTI, and DEBORAH WELLS

Dated: November 19, 2026

**LAW OFFICES OF DALE K. GALIPO**

*/s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiffs P.C., A.C., and F.C.

Dated: November 19, 2026

**COUNTY OF SANTA BARBARA | OFFICE OF COUNTY COUNSEL**

*/s/ Mary Pat Barry*
Mary Pat Barry
Attorneys for Defendants COUNTY OF SANTA BARBARA, CAMRYN DURNIN-MOORE, ANTONIO RODRIGUEZ MADRIGAL, JOAQUIN ARRELLANO QUINTERO, RAYMONDO JESUS ESTRADA, SAMANTHA HANSEN, KAYLA FORTENBERRY, JESSICA LOPEZ and TRAVIS TAYLOR

**Attestation re: Signatures of Registered CM/ECF Filers**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I, Gregory T. Fayard, as the filer of this document, attest that all other signatories listed on this signature page(s), and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 19, 2026 By: */s/ Gregory T. Fayard*