RACHEL VAN MULLEM, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@countyofsb.org

Attorneys for Defendants
COUNTY OF SANTA BARBARA
CAMRYN DURNIN-MOORE,
ANTONIO MADRIGAL, JOAQUIN QUINTERO,
RAYMUNDO ESTRADA, SAMANTHA HANSEN,
KAYLA FORTENBERRY, TRAVIS TAYLOR,
and JESSICA LOPEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA, ET AL.<br><br>Defendants. | Case No: 2:25-cv-10749-FLA-MAAx<br><br>**DECLARATION OF MARY PAT BARRY IN SUPPORT OF STIPULATION TO MODIFY SCHEDULING AND TRIAL ORDER [ECF NO. 26]**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B, Felicitas and Gonzalo Mendez United States Courthouse |

I, Mary Pat Barry, declare as follows:

1. I am one of the attorneys of record for Defendants County of Santa Barbara (the “County”), Camryn Durnin-Moore, Antonio Madrigal, Joaquin Quintero, Raymundo Estrada, Samantha Hansen, Kayla Fortenberry, Travis Taylor, and Jessica Lopez (together, “County Defendants”)

in the above-entitled matter. If called as a witness, I could and would competently testify to the matters set forth herein of my own personal knowledge.

2. This declaration supports a stipulation by Plaintiffs P.C., A.C., and F.C., minors, by and through their guardian Felix Carrasco III, ("Plaintiffs"), the County Defendants, and Defendants California Forensic Medical Group, Inc. ("CFMG"), Yalda Safai, Amanda Occhipinti, and Deborah Wells (together, "CFMG Defendants") (collectively, the "Parties") to continue pretrial and trial dates by approximately six months.

3. The reasons establishing good cause in support of an order granting the requested extension of time and modifying the Court's Scheduling and Trial Order are as follows:

a. Plaintiffs filed their initial Complaint on November 7, 2025 (Dkt. No. 1) and filed a First Amended Complaint on November 25, 2025. Dkt. No. 10. Plaintiffs alleged claims against only one named defendant - the County. The County filed its answer to the First Amended Complaint on February 5, 2026. Dkt. No. 19.

b. On March 2, 2026, the Court issued its Order Setting Scheduling Conference. Dkt. No. 20. Plaintiffs and the County met and conferred on the required subject matters, including a discovery plan, a proposed fact discovery cut-off, and a proposed expert discovery cut-off. Plaintiff and the County filed their Joint Rule 26(f) Report on March 23, 2026. Dkt. No. 21. The Court then issued its Scheduling and Trial Order on April 1, 2026. Dkt. No. 26.

c. Approximately four months after entry of the Scheduling and Trial Order, on July 31, 2026, Plaintiffs filed a Second Amended Complaint naming 15 new defendants. Dkt. No. 29. Eight of those new defendants are current or former County employees and they filed their answer to the Second Amended Complaint on September 1, 2026. Dkt. No. 41. On September 10, 2026, the

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

newly named individual County defendants served their initial disclosures upon Plaintiffs pursuant to Federal Rule of Civil Procedure 26(a)(1)(D).

d. With regard to the seven other newly named defendants, as of today's date, Plaintiffs have not filed a proof of service of a summons and complaint on Defendant Erica Coolman. On October 30, 2026, Plaintiffs filed a proof of service of a summons and complaint on Defendant Joe Gonzalez (Dkt. No. 51) but Mr. Gonzalez has not yet appeared. The CFMG Defendants filed their answer to the Second Amended Complaint on November 17, 2026. Dkt. No. 55. The CFMG Defendants have not yet served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(D).

e. Since the filing of the Second Amended Complaint, the County has propounded interrogatories and requests for production of documents upon Plaintiffs and Plaintiffs have served responses. In addition, the County and Plaintiffs have coordinated deposition availability dates and Plaintiffs noticed depositions and have taken depositions of four of the individually named County defendants. Although they had not yet appeared in this action, counsel for the CFMG Defendants met and conferred with Plaintiffs and the County Defendants' counsel, which allowed the depositions of the four individually named County defendants to proceed with CFMG Defendants' counsel attending those depositions.

f. Because the CFMG Defendants have just appeared in this action, Plaintiffs and the County Defendants could not have conducted discovery involving those defendants until now. With the fact discovery cut-off currently set on January 8, 2027, there is inadequate time for the County Defendants to reasonably pursue a discovery plan whereby CFMG Defendants would serve their initial disclosures and written discovery could then be propounded and responses served pursuant to Federal Rules of Civil Procedure 33, 34, and 36 prior to setting depositions of CFMG Defendants pursuant to Federal Rule of

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

Civil Procedure 30. County Defendants have informed Plaintiffs that they would object to Plaintiffs noticing depositions of CFMG Defendants without allowing County Defendants to first propound written discovery upon those defendants in order to prepare for subsequent depositions.

g. Since Plaintiffs' service of the Second Amended Complaint on newly named defendants, the Parties have met and conferred regarding their respective needs for additional time to conduct discovery in this matter, including the time needed for expert discovery. The Parties have also met and conferred regarding their willingness to participate in an early mediation session and have agreed to do so. In effect, the Parties' stipulation functions as a supplemental joint Rule 26(f) report based on the changed circumstances of this action.

For the above stated reasons, the Parties are requesting an order extending by approximately six months the pretrial and trial dates in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of November, 2026 at Santa Barbara, California.

/s/ - Mary Pat Barry
MARY PAT BARRY

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950