Paul A. Cardinale, State Bar No. 215812
Gregory T. Fayard, State Bar No. 212930
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; YALDA SAFAI, AMANDA OCCHIPINTI and DEBORAH WELLS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

P.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; A.C., a minor by and through her guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS; F.C., a minor by and through his guardian FELIX CARRASCO III, individually and as successor-in-interest to CECILIA COVARRUBIAS,

Plaintiffs,

vs.

COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO

CASE NO. 2:25-cv-10749-FLA-MAA

**DECLARATION OF PAUL A. CARDINALE IN SUPPORT OF STIPULATION TO MODIFY SCHEDULING AND TRIAL ORDER [ECF 26]**

Complaint Filed: November 7, 2025
1st Am. Comp. Filed: November 25, 2025
2nd Am. Comp. Filed: July 31, 2026
Trial Date: August 3, 2027

JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1-10, inclusive,

Defendants.

I, Paul A. Cardinale, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and am admitted to practice in the United States District Court for the Central District of California. My state bar number is 215812, and I am president and a shareholder of the Medical Defense Law Group. I have been retained to represent Defendants CFMG, Inc., Yalda Safai, Amanda Occhipinti and Deborah Wells in this matter.

2. I make this declaration of my own personal knowledge and am willing and able to testify if called as a witness as to the matters set forth herein. My personal knowledge is based on my capacity as lead counsel in this case.

3. On July 31, 2026, plaintiffs filed a Second Amended Complaint naming my clients, among other defendants. On November 17, 2026, my office answered the Second Amended Complaint on their behalf. See ECF No. 55. We did so earlier than necessary as a showing of good faith to not delay prosecution of this case. On April 14, 2026, prior to the filing and service of the Second Amended Complaint on my clients, this Court issued a scheduling order setting the trial for August 3, 2027, with the fact discovery cut off on January 8, 2027, and initial expert disclosures on January 15, 2027. See ECF No. 26.

4. Two more defendants have been named and have not yet appeared in this case: Joe Gonzalez and Erica Coolman, both of whom are former employees of my client defendant CFMG, Inc.

///

5. With the addition of the CFMG Defendants and the uncertain status of defendants Erica Coolman and Joe Gonzalez, the Parties have stipulated to continuing all dates in the Court's April 1, 2026 scheduling order by six months.

6. Further, the CFMG Defendants need additional time to evaluate and investigate the case so as propound written discovery and identify deponents. The CFMG Defendants need additional time to conduct discovery, take depositions, and subpoena decedent Cecilia Covarburrias' medical records. This discovery is necessary as a condition precedent to retaining as many as three subject matter experts my office has identified that are relevant to the defense of this case.

7. My clients have not yet started the process of preparing and serving their initial disclosures.

8. This is the first request to modify the court's scheduling order.

9. As lead trial counsel in this case, I have the following confirmed trial dates which directly conflict or likely will conflict with the estimated 10-day trial in this matter, set to begin on August 3, 2027:

-*Arceo v. City of Roseville*, United States Eastern District of California, Case No. 2:20-cv-02334, July 20 to August 12, 2027;

-*Ramirez v. Sunrise Hospital*, Clark County Nevada District Court, Case No. A-24-898833-C, August 16 to 31, 2027, firm trial date (I am admitted in Nevada and California);

-*Bradford v. Claydon*, Nevada County Superior Court, Case No. CU0002208, August 24, 2027 to September 13, 2027, firm set.

10. Given my compacted trial calendar in August 2027, and the need to conduct discovery and take as many as an additional 13 party witness depositions, and since the parties have stipulated to this continuance, there is good cause to continue the dates set forth in the proposed order by six months.

11. My clients are willing to participate in mediation in early 2027 and are in the process of meeting and conferring on a mediator, namely Rick Copeland.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed this 19th day of November 2026, in Sacramento, California.

*/s/ Paul A. Cardinale*
PAUL A. CARDINALE