UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; A.C., a minor by and through her guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias; F.C., a minor by and through his guardian Felix Carrasco III, individually and as successor-in-interest to Cecilia Covarrubias,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; CAMRYN DURNIN-MOORE; ANTONIO RODRIGUEZ MADRIGAL; JOAQUIN ARRELLANO QUINTERO; RAYMONDO JESUS ESTRADA; SAMANTHA HANSEN; KAYLA FORTENBERRY; TRAVIS TAYLOR; ERICA COOLMAN; AMANDA OCCHIPINTI; DEBORAH WELLS; JOE GONZALEZ; JESSICA LOPEZ; YALDA SAFAI; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-10749-FLA-MAA<br><br>**[PROPOSED] REVISED SCHEDULING AND TRIAL ORDER** |

# [PROPOSED] ORDER

On November 19, 2026, the Parties filed a Stipulation to revise the scheduling and trial order filed on April 1, 2026. The Court, having considered the Stipulation and the declarations of counsel, and finding good cause therefor, hereby GRANTS the Stipulation and amends the dates in the April 1, 2026 scheduling and trial order as follows:

| **Case Event** | **Current Date** | **Stipulated New Date** |
| --- | --- | --- |
| Fact Discovery Cut-Off | 01/08/2027 | 07/09/2027 |
| Expert Disclosure (Initial) | 01/15/2027 | 07/16/2027 |
| Expert Disclosure (Rebuttal) | 02/05/2027 | 08/06/2027 |
| Expert Discovery Cut-Off | 02/19/2027 | 08/20/2027 |
| Last Date to Hear Motions [Friday]<br>□ Rule 56 Motion due at least 5 weeks before hearing<br>□ Opposition due 2 weeks after Motion is filed<br>□ Reply due 1 week after Opposition is filed | 04/16/2027 | 10/15/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 06/04/2027<br>Private Mediation | 11/19/2027<br>Private Mediation |
| Trial Filings (first round)<br>□ Motions *in Limine*<br>□ Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>□ Witness Lists [L.R. 16-5]<br>□ Joint Exhibit List [L.R. 16-6.1]<br>□ Joint Status Report Regarding Settlement<br>□ Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only) | 06/11/2027 | 12/03/2027 |

| | | |
|---|---|---|
| ☐ Declarations containing Direct Testimony, if ordered (bench trial only) | | |
| Trial Filings (second round)<br>☐ Oppositions to Motions *in Limine*<br>☐ Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>☐ Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>☐ Disputed Proposed Jury Instructions (jury trial only)<br>☐ Joint Proposed Verdict Forms (jury trial only)<br>☐ Joint Proposed Statement of the Case (jury trial only)<br>☐ Proposed *Voir Dire* Questions, if any (jury trial only)<br>☐ Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 06/25/2027 | 12/17/2027 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions *in Limine* | 07/09/2027 at 1:30 p.m. | 01/14/2028 at 1:30 p.m. |
| Trial | 08/03/2027 at 8:15 a.m.<br>☒ Jury Trial<br>☐ Bench Trial<br>Est. 5–10 Days | 01/31/2028 at 8:15 a.m.<br>☒ Jury Trial<br>☐ Bench Trial<br>Est. 10–15 Days |

Except for the revised and amended dates above, the scheduling and trial order filed on April 1, 2026 shall remain in full force and effect.

IT IS SO ORDERED.

Dated:

FERNANDO L. AENLLE-ROCHA
United States District Judge